YUO-FONG "BENNI" C. AMATO
(619) 204-3746
BAMATO@GORDONREES.COM

**FILED**

AUG - 8 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**GORDON&REES**
**SCULLY MANSUKHANI**

ATTORNEYS AT LAW
275 BATTERY STREET, SUITE 2000
SAN FRANCISCO, CA 94111
PHONE: (415) 986-5900
FAX: (415) 986-8054
WWW.GORDONREES.COM

August 7, 2017



**BY HAND-DELIVERY**

**CV 17 80 101 MISC**

Office of the Clerk
U.S. District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re:    **Application for DMCA Subpoena**

Dear Sir or Madam:

This law office represents Urban One, Inc. ("Urban One"), previously known as Radio One, Inc. On behalf of Urban One, I respectfully request that the Clerk issue a subpoena pursuant to 17 U.S.C. § 512(h).

By way of background, Section 512(h) of the Digital Millennium Copyright Act provides that a "copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States District Court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h)(1). For a subpoena to be issued, Section 512 (h) requires that a copyright owner file the following with the Clerk:

(1) A copy of the notifications required by Section 512(c)(3)(A);

(2) A proposed subpoena; and

(3) A sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

Accordingly, enclosed for filing with the Clerk are Urban One's notifications pursuant to Section 512(c)(3)(A), a proposed subpoena, and a sworn declaration. As Urban One has complied with the requirements of the statute, it asks that the Clerk pursuant to Section 512(h)(4) expeditiously issue and sign the proposed subpoena and return it to Urban One (c/o undersigned counsel) for service on the subpoena recipient.

Office of the Clerk
August 7, 2017
Page 2


Thank you for your cooperation and prompt response in this matter. If you have any questions, I am reachable as noted above.


Yours truly,

GORDON & REES LLP

Yuo-Fong C. Amato

Enclosures.

| | |
|---|---|
| **From:** | Taylor Major <tmajor@urban1.com> |
| **Sent:** | Monday, May 01, 2017 1:54 PM |
| **To:** | YouTube (copyright@youtube.com) |
| **Subject:** | Copyright Complaint |
| **Attachments:** | YouTube Takedown Request - Coobtrax Infringing Links.docx |

Hello,

I am writing to submit a copyright complaint against an account that has used audio from The Rickey Smiley Morning Show, a nationally syndicated radio morning show, in more than 2,000 of its videos. The content is owned by Reach Media, Inc., a subsidiary of Radio One, Inc., and the account holder did not obtain permission from either entity to use content from the show. The links to the infringing videos are in the attached document.

Account Holder: Coobtrax

Contact information: tmajor@radio-one.com

I agree to the following statements:
1. "I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law."
2. "The information in this notification is accurate, and under penalty of perjury, I am the owner, or an agent authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed."

Thank you,

Taylor Major

**Taylor Major**
Staff Attorney
Radio One, Inc.
8809 Lenox Pointe Drive, Suite A
Charlotte, NC 28273
704-968-0352 | tmajor@radio-one.com

1

The videos in the following links impermissibly use audio from the Rickey Smiley Morning Show, a nationally syndicated morning show, the rights of which belong to Reach Media, Inc.:

https://www.youtube.com/watch?v=76vwkzHtrgo
https://www.youtube.com/watch?v=65ytPyr1r3I
https://www.youtube.com/watch?v=KXwOvAKT3xI
https://www.youtube.com/watch?v=d8a8iWoHtoQ
https://www.youtube.com/watch?v=aWxPb9iKN5s
https://www.youtube.com/watch?v=T4Hp7Ll-ONc
https://www.youtube.com/watch?v=2EzJ0AHsRXE
https://www.youtube.com/watch?v=dW0wWCpNnUI
https://www.youtube.com/watch?v=TZDieia-Ye4
https://www.youtube.com/watch?v=lgxSgP4ztGI
https://www.youtube.com/watch?v=9Xfr_8GKCrA
https://www.youtube.com/watch?v=h1BrwPbYA5U
https://www.youtube.com/watch?v=UwvL7kVYOtM
https://www.youtube.com/watch?v=oboYGGTEl4Q
https://www.youtube.com/watch?v=bHfouUI7eCE
https://www.youtube.com/watch?v=GkfL3gM5G3g
https://www.youtube.com/watch?v=g41cQKzyKrU
https://www.youtube.com/watch?v=NVd9IqLm8GE
https://www.youtube.com/watch?v=F9SPsWye--A
https://www.youtube.com/watch?v=OsCkSuwm6cU
https://www.youtube.com/watch?v=1pmPYfdRQ-k
https://www.youtube.com/watch?v=pjDLTjiE76Q
https://www.youtube.com/watch?v=O5kyCMDIXxQ
https://www.youtube.com/watch?v=774c9jAgf0U
https://www.youtube.com/watch?v=FX8NvcCJmBE
https://www.youtube.com/watch?v=QiOYWPCtLNY
https://www.youtube.com/watch?v=8zTvSqlVDjc
https://www.youtube.com/watch?v=7J-5_XA08LA
https://www.youtube.com/watch?v=lsrsctASL6g
https://www.youtube.com/watch?v=dYLcnwrLJDM
https://www.youtube.com/watch?v=zJc4WgNV5_k
https://www.youtube.com/watch?v=vbGBmxH3uJo
https://www.youtube.com/watch?v=lGOVTICxB5k
https://www.youtube.com/watch?v=_yXaDNFMsdU
https://www.youtube.com/watch?v=UgjQJCOFaoc
https://www.youtube.com/watch?v=JfVvuiw5wUs
https://www.youtube.com/watch?v=3uE4AARk7Ng
https://www.youtube.com/watch?v=ID6qDELAbCA
https://www.youtube.com/watch?v=54vGx_oywRI
https://www.youtube.com/watch?v=QhXB6DO55Cs
https://www.youtube.com/watch?v=fYfM6cQgLeA
https://www.youtube.com/watch?v=aoNEb6r5_qM

https://www.youtube.com/watch?v=5IUvsa28lHs
https://www.youtube.com/watch?v=VHRuHenv60s
https://www.youtube.com/watch?v=BNBW-JTehgQ
https://www.youtube.com/watch?v=uG_LSd2jrDw
https://www.youtube.com/watch?v=Nh-NMFnvwCQ
https://www.youtube.com/watch?v=uU2h4hgkTYI
https://www.youtube.com/watch?v=EHa2-Fbys6g
https://www.youtube.com/watch?v=o5yfgT3NGHw
https://www.youtube.com/watch?v=_0nd_VY0YJY
https://www.youtube.com/watch?v=RAbvJkNN81I
https://www.youtube.com/watch?v=K0k4V6MGATU
https://www.youtube.com/watch?v=rjtztZ3tWHY
https://www.youtube.com/watch?v=JnHwUMGQ5IQ
https://www.youtube.com/watch?v=gD69bSXWS2Y
https://www.youtube.com/watch?v=b4i8_gAPcHc
https://www.youtube.com/watch?v=la23yTHdCXQ
https://www.youtube.com/watch?v=kP73DJqfRq4
https://www.youtube.com/watch?v=w1CZ30xKYTY
https://www.youtube.com/watch?v=WKEcbKdXdnY
https://www.youtube.com/watch?v=Aq2TlJI6Anc
https://www.youtube.com/watch?v=_rDcjQUtcI
https://www.youtube.com/watch?v=VPGWxh0IyEk
https://www.youtube.com/watch?v=4htPI0T1Crg
https://www.youtube.com/watch?v=Hox02csoQaQ
https://www.youtube.com/watch?v=2Wd2CNphLfA
https://www.youtube.com/watch?v=3QLMdL5RZWw
https://www.youtube.com/watch?v=GRgpHTd_jsg
https://www.youtube.com/watch?v=5kPYzgF5ows
https://www.youtube.com/watch?v=_0i9KuQDrCg
https://www.youtube.com/watch?v=61BqLn7Z9qY
https://www.youtube.com/watch?v=oeoUwMcoDiw
https://www.youtube.com/watch?v=bU_RniJUF7s
https://www.youtube.com/watch?v=qjqN8Vm5UTc
https://www.youtube.com/watch?v=iGOLWWcKS4k
https://www.youtube.com/watch?v=Yeiyyx59SYM
https://www.youtube.com/watch?v=0wsMAr-FLLs
https://www.youtube.com/watch?v=PMO-EmGtSzU
https://www.youtube.com/watch?v=2HZhtNqK84w
https://www.youtube.com/watch?v=CHfQ8pggLGo
https://www.youtube.com/watch?v=ZUpSwaupfCI

https://www.youtube.com/watch?v=uoQD7n3_uGc
https://www.youtube.com/watch?v=5WS7njc9jmo
https://www.youtube.com/watch?v=vlMmNSLvDb0
https://www.youtube.com/watch?v=kFZLfZtxXWM
https://www.youtube.com/watch?v=ltNNhufZ5X0
https://www.youtube.com/watch?v=wuREaaqwbfo
https://www.youtube.com/watch?v=fnNN7tAzIBY
https://www.youtube.com/watch?v=wGBK-ILUYyg
https://www.youtube.com/watch?v=G9cH45G7mqM
https://www.youtube.com/watch?v=zpWrnOdOawI
https://www.youtube.com/watch?v=Rn7d7q0lnTI
https://www.youtube.com/watch?v=giRBg0AQSgo
https://www.youtube.com/watch?v=nznAMiGZCIo
https://www.youtube.com/watch?v=X4HCakO0JxM
https://www.youtube.com/watch?v=lbAhQcgl9AA
https://www.youtube.com/watch?v=NkU2pYAhoEo
https://www.youtube.com/watch?v=AcmH896Rs2Q
https://www.youtube.com/watch?v=MC0diqlA23I
https://www.youtube.com/watch?v=t1-dsIjFNRE
https://www.youtube.com/watch?v=egG5cEMDYfc
https://www.youtube.com/watch?v=OeqPp5V8irU
https://www.youtube.com/watch?v=oO6Tcs4GSj8
https://www.youtube.com/watch?v=DqXCf1hHOd8
https://www.youtube.com/watch?v=6XXqC_Iu21k
https://www.youtube.com/watch?v=qN5yG5H8hUw
https://www.youtube.com/watch?v=fYyI2tk-i2U
https://www.youtube.com/watch?v=1x8c6EWlg00
https://www.youtube.com/watch?v=6dhTklNgG_M
https://www.youtube.com/watch?v=5NSiJuMC-HU
https://www.youtube.com/watch?v=xVGQaY2gvLg
https://www.youtube.com/watch?v=ic-riWYww1o
https://www.youtube.com/watch?v=RJi-GHPJa60
https://www.youtube.com/watch?v=bdzkkPN-BCs
https://www.youtube.com/watch?v=zy4HtfTLdXE
https://www.youtube.com/watch?v=TBur8r5LjGY
https://www.youtube.com/watch?v=7AreeXFiW-U
https://www.youtube.com/watch?v=M0_R6q_P4AU
https://www.youtube.com/watch?v=Z_JrmYo6pts
https://www.youtube.com/watch?v=oRdLEM3rRc4&t=1s
https://www.youtube.com/watch?v=NUeZsoS6URg

https://www.youtube.com/watch?v=1uZfgdq0sJU
https://www.youtube.com/watch?v=AYEytIJlsiY
https://www.youtube.com/watch?v=l6ymHrp5kHM
https://www.youtube.com/watch?v=T_AyL1ww6c8
https://www.youtube.com/watch?v=NIDw6Rz6ZX0
https://www.youtube.com/watch?v=G4-OhJnb414
https://www.youtube.com/watch?v=ypNuqKYYT24
https://www.youtube.com/watch?v=7EV3pR-Tfa8
https://www.youtube.com/watch?v=5UpYAJ4xlfE
https://www.youtube.com/watch?v=5nxYjlMTXx0
https://www.youtube.com/watch?v=tcY_a3fa7ko
https://www.youtube.com/watch?v=d7JkDmFTZz4
https://www.youtube.com/watch?v=PI0nwhdGkVU
https://www.youtube.com/watch?v=KrAe7kxQXMA
https://www.youtube.com/watch?v=cjpgQEb6O-E
https://www.youtube.com/watch?v=qmzHyfIeNFg
https://www.youtube.com/watch?v=rPKKf4PIojM
https://www.youtube.com/watch?v=Bzh-YAvPLdI
https://www.youtube.com/watch?v=uIubkfpFEMI
https://www.youtube.com/watch?v=P5OLnIl275M
https://www.youtube.com/watch?v=3EA3HCK6ScQ
https://www.youtube.com/watch?v=zpDe_2mHJ1I
https://www.youtube.com/watch?v=I9Z_sZdM1LI
https://www.youtube.com/watch?v=WwFaxM7fHeA
https://www.youtube.com/watch?v=5e5fR_2eq2U
https://www.youtube.com/watch?v=NPLxNDoHQrQ
https://www.youtube.com/watch?v=A6LimpM9g4I
https://www.youtube.com/watch?v=h0TFxSzG4JM
https://www.youtube.com/watch?v=fVK2kG1hfcg
https://www.youtube.com/watch?v=Lw_iRybkmQk
https://www.youtube.com/watch?v=b60jINQ0PVY
https://www.youtube.com/watch?v=zF3ir3TnSiA
https://www.youtube.com/watch?v=J8ItQ1HMF5o
https://www.youtube.com/watch?v=zKSfqpoq29o
https://www.youtube.com/watch?v=77Yxx-9x_-o
https://www.youtube.com/watch?v=PTgFx3YlPLI
https://www.youtube.com/watch?v=AegDZJenokE
https://www.youtube.com/watch?v=TllBXVo1ceI
https://www.youtube.com/watch?v=XoQnUo2RiPU
https://www.youtube.com/watch?v=OzTcsvxAbZM

https://www.youtube.com/watch?v=N70ZorKMvjA
https://www.youtube.com/watch?v=SXxm_L7Q7AQ
https://www.youtube.com/watch?v=bBm61Nobqps
https://www.youtube.com/watch?v=0sGmZ9DnGIA
https://www.youtube.com/watch?v=US3lxUYq4wY
https://www.youtube.com/watch?v=0Nhl_f-seqQ
https://www.youtube.com/watch?v=zw8nUQOYqTY
https://www.youtube.com/watch?v=2nNVZZB1aMQ
https://www.youtube.com/watch?v=QTowj8Pnd9o
https://www.youtube.com/watch?v=IRBY8xuuEsE
https://www.youtube.com/watch?v=BVF_afcxgzg
https://www.youtube.com/watch?v=CcjXhQw2bIA
https://www.youtube.com/watch?v=_Pcvdwvcvjg
https://www.youtube.com/watch?v=20ztMp_628k
https://www.youtube.com/watch?v=6XbgHgR43hQ
https://www.youtube.com/watch?v=KS4wkIc95pc
https://www.youtube.com/watch?v=SKZOObJJo9A
https://www.youtube.com/watch?v=oPWwa3ddwKU
https://www.youtube.com/watch?v=2_UHkVCSn2s
https://www.youtube.com/watch?v=aEi7cr6oNXY
https://www.youtube.com/watch?v=1eVLAux5GzM
https://www.youtube.com/watch?v=QDefVFMM474
https://www.youtube.com/watch?v=1VtF5Ji2aEM
https://www.youtube.com/watch?v=Y87G0ucym_w
https://www.youtube.com/watch?v=yM9jCWvkoxs
https://www.youtube.com/watch?v=W9dlg22ms9w
https://www.youtube.com/watch?v=pjmSFAicGrQ
https://www.youtube.com/watch?v=OvvTQWqjd7I
https://www.youtube.com/watch?v=7o8qXRm_60U
https://www.youtube.com/watch?v=F1NG5D2y5jc
https://www.youtube.com/watch?v=GCi-YCrDSXs
https://www.youtube.com/watch?v=R9aknrB4phM
https://www.youtube.com/watch?v=zKAyxblwl1s
https://www.youtube.com/watch?v=kH_oMRTEM_4
https://www.youtube.com/watch?v=JvmT3qssJB4
https://www.youtube.com/watch?v=1QrHmdJ3ZSk
https://www.youtube.com/watch?v=FQePNZEZ1eY
https://www.youtube.com/watch?v=CWv0EsFvxgo
https://www.youtube.com/watch?v=P-wsjz5VHQs
https://www.youtube.com/watch?v=v334KLoRNfQ

https://www.youtube.com/watch?v=rZXwMtPuXiI
https://www.youtube.com/watch?v=8chPjFXWe8M
https://www.youtube.com/watch?v=tT3KI9db8B8
https://www.youtube.com/watch?v=bMd-E8N7R18
https://www.youtube.com/watch?v=C0q1XkGx7xM
https://www.youtube.com/watch?v=YUU7eHhNCq4
https://www.youtube.com/watch?v=8vJcnzA28PY
https://www.youtube.com/watch?v=ncOgb3a50F8
https://www.youtube.com/watch?v=t1V-MjvrEiE
https://www.youtube.com/watch?v=AdxKSmmqQXw
https://www.youtube.com/watch?v=XlhUds08sVs
https://www.youtube.com/watch?v=4MJKXgc5-vY
https://www.youtube.com/watch?v=oELmtpw9yFs
https://www.youtube.com/watch?v=wHhGks7gmm0
https://www.youtube.com/watch?v=ZbteMkSn6VI
https://www.youtube.com/watch?v=bj11vzN89iY
https://www.youtube.com/watch?v=EBFU1IUwgfM
https://www.youtube.com/watch?v=aWNr2w0zHNQ
https://www.youtube.com/watch?v=RSU4V12Nfzs
https://www.youtube.com/watch?v=h5nSdRVocSw
https://www.youtube.com/watch?v=VmxRMYiJAT4
https://www.youtube.com/watch?v=ark0fMCEyIA
https://www.youtube.com/watch?v=dYm2J_hMJyw
https://www.youtube.com/watch?v=EIeeZHeTf14
https://www.youtube.com/watch?v=CzwlAWO8hug
https://www.youtube.com/watch?v=-xkTWpzs7pQ
https://www.youtube.com/watch?v=q-t8xH2_JBM
https://www.youtube.com/watch?v=YZhXQk_v5Pk
https://www.youtube.com/watch?v=x9_fHzK7fvg
https://www.youtube.com/watch?v=FwN2_SBW-MM
https://www.youtube.com/watch?v=habR8ch8-pk
https://www.youtube.com/watch?v=f6vxfzpCi94
https://www.youtube.com/watch?v=vzTbdya8Crk
https://www.youtube.com/watch?v=B-cjXyvy3Q4
https://www.youtube.com/watch?v=Xsc-stnWxwU
https://www.youtube.com/watch?v=fBQ8UdotlVs
https://www.youtube.com/watch?v=B1R8R3pXKy4
https://www.youtube.com/watch?v=nYsssS8U_Jo
https://www.youtube.com/watch?v=sK8C-MjFOj8
https://www.youtube.com/watch?v=0ubR-lmMCJw

https://www.youtube.com/watch?v=76qJ5i7q21U
https://www.youtube.com/watch?v=keAm6hdUFiI
https://www.youtube.com/watch?v=os9pDNrQ2Ws
https://www.youtube.com/watch?v=-fqiwZqTs28
https://www.youtube.com/watch?v=3WJk8O1_AZw
https://www.youtube.com/watch?v=gxgvdLXS_Wg
https://www.youtube.com/watch?v=QNYaK9wniYc
https://www.youtube.com/watch?v=ogiM2B_JxaU
https://www.youtube.com/watch?v=1eE3IdihXJQ
https://www.youtube.com/watch?v=lr8yTqUvXqI
https://www.youtube.com/watch?v=Kyd1hoRvQWc
https://www.youtube.com/watch?v=y30PwqCdPv0
https://www.youtube.com/watch?v=FuDnaFEH0v8
https://www.youtube.com/watch?v=hTq5SrrIZqo
https://www.youtube.com/watch?v=cU8rcVyv3bk
https://www.youtube.com/watch?v=KvdsLTfUEKI
https://www.youtube.com/watch?v=MSqfdFe4hbM
https://www.youtube.com/watch?v=Hb8Z50jEYkk
https://www.youtube.com/watch?v=HCoaNyiHb_c
https://www.youtube.com/watch?v=MkWYlZ-h_hE
https://www.youtube.com/watch?v=ClQBCzoo_jk
https://www.youtube.com/watch?v=as8N7zOUY7U
https://www.youtube.com/watch?v=3HrnWUMyLTA
https://www.youtube.com/watch?v=a7spfZiGD2w
https://www.youtube.com/watch?v=T-Pr5iVWNtM
https://www.youtube.com/watch?v=ZHxHyxzzxLU
https://www.youtube.com/watch?v=5WF92-B9NQc
https://www.youtube.com/watch?v=UgsNSbQzskE
https://www.youtube.com/watch?v=Jq4p3MNpeZI
https://www.youtube.com/watch?v=wmfTkXTISXo
https://www.youtube.com/watch?v=oTA01oqpyGk
https://www.youtube.com/watch?v=AVF_J08zXvs
https://www.youtube.com/watch?v=7KfQHYnTo60
https://www.youtube.com/watch?v=qIFI3mS3AyE
https://www.youtube.com/watch?v=t2SALHmCurA
https://www.youtube.com/watch?v=FdrUaux8MHM
https://www.youtube.com/watch?v=cJXTlSomtFc
https://www.youtube.com/watch?v=LwmjewdxxAI
https://www.youtube.com/watch?v=FX3Q8hmdMVU
https://www.youtube.com/watch?v=QWXrUU3jP9M

https://www.youtube.com/watch?v=AQ1A4T5zC90
https://www.youtube.com/watch?v=UPGedkY_Qhk
https://www.youtube.com/watch?v=WK2GeVjJOj4
https://www.youtube.com/watch?v=ZQqvNEqTjAk
https://www.youtube.com/watch?v=kGDCrEzbyg8
https://www.youtube.com/watch?v=TF8Ok8VsxLM
https://www.youtube.com/watch?v=9LYlRNrAClI
https://www.youtube.com/watch?v=kzo-6DD3MTM
https://www.youtube.com/watch?v=m4jeyYVO6XM
https://www.youtube.com/watch?v=ucLHe-_NkJ8
https://www.youtube.com/watch?v=XCxsvGV1kJs
https://www.youtube.com/watch?v=7JEW-52xg44
https://www.youtube.com/watch?v=bKgOjYuBJr8
https://www.youtube.com/watch?v=rHWLioq9mEQ
https://www.youtube.com/watch?v=K4tNk_kBAW4
https://www.youtube.com/watch?v=PfskT5UuKKo
https://www.youtube.com/watch?v=flMWMpesaSU
https://www.youtube.com/watch?v=gZ_08DaBWuY
https://www.youtube.com/watch?v=fficDXlMzDo
https://www.youtube.com/watch?v=aBNFfwJLMlw
https://www.youtube.com/watch?v=5Q8rRSe0jUk
https://www.youtube.com/watch?v=K4-_midh0ks
https://www.youtube.com/watch?v=TtUNXuLaNKM
https://www.youtube.com/watch?v=w8XOEGiHA8E
https://www.youtube.com/watch?v=lCkDJHh31b0
https://www.youtube.com/watch?v=f_lGDeg9Nzo
https://www.youtube.com/watch?v=VICicF7nLHo
https://www.youtube.com/watch?v=V7aVYGd0Yso
https://www.youtube.com/watch?v=iMzocxlA6Mw
https://www.youtube.com/watch?v=nyhHkqfIavQ
https://www.youtube.com/watch?v=z7kd-UisQwY
https://www.youtube.com/watch?v=IzPZSclQbGA
https://www.youtube.com/watch?v=A1rhZcKp_Zc
https://www.youtube.com/watch?v=hD0ugtBjkHw
https://www.youtube.com/watch?v=znj643NSZCI
https://www.youtube.com/watch?v=uS7HanBgN-Y
https://www.youtube.com/watch?v=TRJJsxSQXeQ
https://www.youtube.com/watch?v=u_b5fcsbTKU
https://www.youtube.com/watch?v=BEcl0ycCXag
https://www.youtube.com/watch?v=xQgPgrf4f_g

https://www.youtube.com/watch?v=oAFv0UHvgms
https://www.youtube.com/watch?v=0PRYwxw8SiM
https://www.youtube.com/watch?v=ClHrRARNJ3k
https://www.youtube.com/watch?v=H6DL74512SI
https://www.youtube.com/watch?v=73glYBf9EJk
https://www.youtube.com/watch?v=2o3O7G-ymeE
https://www.youtube.com/watch?v=WWiiOCQGN1w
https://www.youtube.com/watch?v=sUuGzi8NHFA
https://www.youtube.com/watch?v=xICvXR3JOSU
https://www.youtube.com/watch?v=eOWvuf5lQtI
https://www.youtube.com/watch?v=8bAcIQsqWG0
https://www.youtube.com/watch?v=KS_dT4GvMO8
https://www.youtube.com/watch?v=9J0F8HqW_5w
https://www.youtube.com/watch?v=ofsNgvL2PCs
https://www.youtube.com/watch?v=uGp92G_TZuQ
https://www.youtube.com/watch?v=0kpIC1xEVlw
https://www.youtube.com/watch?v=JhCPJSwZpPU
https://www.youtube.com/watch?v=MWNDEA3epyo
https://www.youtube.com/watch?v=3ZApnPSroBA
https://www.youtube.com/watch?v=zuml_lvaLsY
https://www.youtube.com/watch?v=hhKAEC7GT_8
https://www.youtube.com/watch?v=1IfenZvhN9Q
https://www.youtube.com/watch?v=Rj29PLCh13c
https://www.youtube.com/watch?v=geSFZDrjYLE
https://www.youtube.com/watch?v=7Rgf8pFhtQU
https://www.youtube.com/watch?v=-LQozdmVv1I
https://www.youtube.com/watch?v=kKXNtrH52mU
https://www.youtube.com/watch?v=xi5N_jg1VQA
https://www.youtube.com/watch?v=UEEGKx1GXoY
https://www.youtube.com/watch?v=zO5YmedQufg
https://www.youtube.com/watch?v=gLb623AYHiE
https://www.youtube.com/watch?v=bJ2ksJF9FCQ
https://www.youtube.com/watch?v=Bzj6o-QtF_I
https://www.youtube.com/watch?v=kdj4jO0KbRA
https://www.youtube.com/watch?v=pkpkfplcBRw
https://www.youtube.com/watch?v=8ZHURXKcgtw
https://www.youtube.com/watch?v=gcHFkYJU9uE
https://www.youtube.com/watch?v=-CJt8hXek6w
https://www.youtube.com/watch?v=Kqy5HrGKsqk
https://www.youtube.com/watch?v=FlS2zLR5heE

https://www.youtube.com/watch?v=6rTAHKyB4xU
https://www.youtube.com/watch?v=Sd8enCNeBqg
https://www.youtube.com/watch?v=oChCe3I46J4
https://www.youtube.com/watch?v=P3L5uZbJCkg
https://www.youtube.com/watch?v=cq1GLDFf5p0
https://www.youtube.com/watch?v=NpkKTTC94Dc
https://www.youtube.com/watch?v=R-E9wIU3jG0
https://www.youtube.com/watch?v=cXhJIqcQuBw
https://www.youtube.com/watch?v=O8U_uJ-EebM
https://www.youtube.com/watch?v=_Bs6nLDB1k8
https://www.youtube.com/watch?v=x6chjYxclf4
https://www.youtube.com/watch?v=TPHJjJt_vW8
https://www.youtube.com/watch?v=ibrel_CrIA4
https://www.youtube.com/watch?v=xYaPoEWXiY4
https://www.youtube.com/watch?v=hVwh9zHAbf8
https://www.youtube.com/watch?v=VfG8Ko2jVWk
https://www.youtube.com/watch?v=FShoP_OysZY
https://www.youtube.com/watch?v=ZuaF95n5BdE
https://www.youtube.com/watch?v=s5v7AdrN88o
https://www.youtube.com/watch?v=dCRIldGhq_E
https://www.youtube.com/watch?v=PlMajjdtzkk
https://www.youtube.com/watch?v=pAv6yNvLN68
https://www.youtube.com/watch?v=02yDGZNfCYM
https://www.youtube.com/watch?v=epVQD_aFNuQ
https://www.youtube.com/watch?v=OwKi7pWNy5g
https://www.youtube.com/watch?v=JFueYJrneMY
https://www.youtube.com/watch?v=sftKWJSXNuY
https://www.youtube.com/watch?v=GhLEjUJgs3E
https://www.youtube.com/watch?v=WfogSf9kqyU
https://www.youtube.com/watch?v=O_ZT2x75ny4
https://www.youtube.com/watch?v=dDpMXJfFza4
https://www.youtube.com/watch?v=kJf4RZAyRJc
https://www.youtube.com/watch?v=OaGxlaH_3ok
https://www.youtube.com/watch?v=jUsefhs2-sI
https://www.youtube.com/watch?v=P0GW97GJuFo
https://www.youtube.com/watch?v=oAWjq_NDOrI
https://www.youtube.com/watch?v=8YsRgmJTTwc
https://www.youtube.com/watch?v=u08fBPBbzPA
https://www.youtube.com/watch?v=Fc05-XZiYeM
https://www.youtube.com/watch?v=jCcIqvNofJc

https://www.youtube.com/watch?v=1CWPU9FQ5hE
https://www.youtube.com/watch?v=YO-pzl8-c94
https://www.youtube.com/watch?v=tNIS6w8hpng
https://www.youtube.com/watch?v=VKpttzuryec
https://www.youtube.com/watch?v=QHd19ZpSCeM
https://www.youtube.com/watch?v=Q1aFgqhPgKA
https://www.youtube.com/watch?v=KDLm1wCKWig
https://www.youtube.com/watch?v=pHyoPJ-tpsQ
https://www.youtube.com/watch?v=eKKU5ma8Jes
https://www.youtube.com/watch?v=ZrZjwCBhyV8
https://www.youtube.com/watch?v=Fq6b0ISFzGw
https://www.youtube.com/watch?v=c2K3Asbn3O4
https://www.youtube.com/watch?v=nVRcY-WoO0g
https://www.youtube.com/watch?v=K370FWLanh0
https://www.youtube.com/watch?v=jRS73_DKU0w
https://www.youtube.com/watch?v=mziFM61G5yM
https://www.youtube.com/watch?v=gNrOa_WdRjk
https://www.youtube.com/watch?v=dNl278GPdPs
https://www.youtube.com/watch?v=HbH33NMKbns
https://www.youtube.com/watch?v=CMaZZoHHpEQ
https://www.youtube.com/watch?v=plJJwuscV70
https://www.youtube.com/watch?v=HagR8I-ZljM
https://www.youtube.com/watch?v=P9SPMVX_1tQ
https://www.youtube.com/watch?v=lSJcHqc6QgA
https://www.youtube.com/watch?v=6lQdo34Jkj0
https://www.youtube.com/watch?v=niLxRBDyFc4
https://www.youtube.com/watch?v=e1ecrHaStyg
https://www.youtube.com/watch?v=dr-SzqUjOrU
https://www.youtube.com/watch?v=FLG7h1Cukok
https://www.youtube.com/watch?v=iKPsXeUPhaI
https://www.youtube.com/watch?v=cE99xHefPu8
https://www.youtube.com/watch?v=vKFWIkTgIqw
https://www.youtube.com/watch?v=fmQCH6ZHWuI
https://www.youtube.com/watch?v=pXjG3kgKbss
https://www.youtube.com/watch?v=Yw8Aj1XpR6I
https://www.youtube.com/watch?v=kPA3zq7_tg0
https://www.youtube.com/watch?v=cottBwvWLno
https://www.youtube.com/watch?v=1zrRojEh2XI
https://www.youtube.com/watch?v=NAFzS-j8zvM
https://www.youtube.com/watch?v=qZs4E4XNQxo

https://www.youtube.com/watch?v=dxjeS1pyYm0
https://www.youtube.com/watch?v=D0dhYaVv0lQ
https://www.youtube.com/watch?v=WZfThJ9-jIE
https://www.youtube.com/watch?v=2poyYspQJOU
https://www.youtube.com/watch?v=ouyqhNKEsr8
https://www.youtube.com/watch?v=LO83yzh78A4
https://www.youtube.com/watch?v=HfIp-JUeiJk
https://www.youtube.com/watch?v=BJY3KMjc8hk
https://www.youtube.com/watch?v=wjFyLMFC3qo
https://www.youtube.com/watch?v=F6fJH3RfY3Q
https://www.youtube.com/watch?v=kjJZivrMNGQ
https://www.youtube.com/watch?v=54ax1239TgQ
https://www.youtube.com/watch?v=lTBsLOUTlPI
https://www.youtube.com/watch?v=ROyv7DqwhBY
https://www.youtube.com/watch?v=V4Crsm9sX3I
https://www.youtube.com/watch?v=i2d24bkdgt8
https://www.youtube.com/watch?v=WBhu3oUOu64
https://www.youtube.com/watch?v=9b-tFmgvTVU
https://www.youtube.com/watch?v=sPDLPCYXbRk
https://www.youtube.com/watch?v=CaMetckEUa0
https://www.youtube.com/watch?v=ctQBj6fsh3M
https://www.youtube.com/watch?v=y7xYZPIvPrs
https://www.youtube.com/watch?v=4vxgcO7Uvj8
https://www.youtube.com/watch?v=RnCNBoXxvvA
https://www.youtube.com/watch?v=tP7Qf26VGx0
https://www.youtube.com/watch?v=SBK63oCXSCU
https://www.youtube.com/watch?v=PcbD2QHjUQ0
https://www.youtube.com/watch?v=t9mGUil9suU
https://www.youtube.com/watch?v=1Cl3z-qpd2g
https://www.youtube.com/watch?v=TX3EVu629Vs
https://www.youtube.com/watch?v=M004Bbn743o
https://www.youtube.com/watch?v=V4h0Pyv83f8
https://www.youtube.com/watch?v=Al_vevW4TTc
https://www.youtube.com/watch?v=fFFdRU_-_vQ
https://www.youtube.com/watch?v=FIno_Ag8tiQ
https://www.youtube.com/watch?v=XcvVSpQj3BI
https://www.youtube.com/watch?v=D53-kfKjlwY
https://www.youtube.com/watch?v=O_Es5iS4vhw
https://www.youtube.com/watch?v=GE1x97eLcXU
https://www.youtube.com/watch?v=2Z0hXEw3iV0

https://www.youtube.com/watch?v=JRYy8k_6WhI
https://www.youtube.com/watch?v=yWHtnx9NIkM
https://www.youtube.com/watch?v=dVmVV1rVItA
https://www.youtube.com/watch?v=CGCAeuEc3AM
https://www.youtube.com/watch?v=6Aln0a3fXt0
https://www.youtube.com/watch?v=aT8lNfzReEA
https://www.youtube.com/watch?v=zd_qxMTdhXA
https://www.youtube.com/watch?v=THIWphN-nbg
https://www.youtube.com/watch?v=PC1CPWeGxd8
https://www.youtube.com/watch?v=jaGEBGoxlHU
https://www.youtube.com/watch?v=YycFAS1V0uo
https://www.youtube.com/watch?v=2i16ea8AgrM
https://www.youtube.com/watch?v=dxGQNnd6FpQ
https://www.youtube.com/watch?v=-c_rk8fQT-s
https://www.youtube.com/watch?v=k0u7uTcVPHw
https://www.youtube.com/watch?v=F5S2hPAuzF0
https://www.youtube.com/watch?v=Uv21SX2wSlY
https://www.youtube.com/watch?v=wgLrDBU70fM
https://www.youtube.com/watch?v=CNoHfZAkEZo
https://www.youtube.com/watch?v=YP4jMB-yXeE
https://www.youtube.com/watch?v=Y8ZlEbXUz6I
https://www.youtube.com/watch?v=HQEz3SvrwmA
https://www.youtube.com/watch?v=CRpwjRlapwA
https://www.youtube.com/watch?v=_8V4QjMOSYc
https://www.youtube.com/watch?v=wFXrnoNVl1E
https://www.youtube.com/watch?v=Hz7cMezAkqE
https://www.youtube.com/watch?v=cFwlgWmDPGE
https://www.youtube.com/watch?v=gZCd95cqij4
https://www.youtube.com/watch?v=f84suoR1SVA
https://www.youtube.com/watch?v=d_tIZ0pNv_Q
https://www.youtube.com/watch?v=Nrl43xQWrCw
https://www.youtube.com/watch?v=1BLMRg7z3QQ
https://www.youtube.com/watch?v=IB6b-AW78-M
https://www.youtube.com/watch?v=JNg0RSkXZs4
https://www.youtube.com/watch?v=3OFGpn2z_WI
https://www.youtube.com/watch?v=O76kw_nzB20
https://www.youtube.com/watch?v=4hQcqNGQ2Sw
https://www.youtube.com/watch?v=jKtg-bEAoCY
https://www.youtube.com/watch?v=PmwnfgXEc_o
https://www.youtube.com/watch?v=qMVZKqN2kdU

https://www.youtube.com/watch?v=vLPLIPcv8SU
https://www.youtube.com/watch?v=BSGap75jsEY
https://www.youtube.com/watch?v=wf-muX2to1c
https://www.youtube.com/watch?v=a0BEkDs1-4M
https://www.youtube.com/watch?v=ZHU8JMMBFzA
https://www.youtube.com/watch?v=QJIltjGALBw
https://www.youtube.com/watch?v=ucuuvaqbAqk
https://www.youtube.com/watch?v=_nBOxdiDCqc
https://www.youtube.com/watch?v=cjdxZqWvqzw
https://www.youtube.com/watch?v=mBMLtvRWYpo
https://www.youtube.com/watch?v=HnNafV6L8VM
https://www.youtube.com/watch?v=1mAbkfDjeZE
https://www.youtube.com/watch?v=nn1n0aYSNTk
https://www.youtube.com/watch?v=BCg2Y5rJJcY
https://www.youtube.com/watch?v=0Lbo2WKkq48
https://www.youtube.com/watch?v=ROooebtpLh4
https://www.youtube.com/watch?v=idxu34Il-4I
https://www.youtube.com/watch?v=xYqzo9Mo2mk
https://www.youtube.com/watch?v=_qq1l2zLrCQ
https://www.youtube.com/watch?v=U_L3c8sr3Kw
https://www.youtube.com/watch?v=h5nWijlyvbU
https://www.youtube.com/watch?v=cGOREELAk3U
https://www.youtube.com/watch?v=YFInlGNA1gQ
https://www.youtube.com/watch?v=uWWAhx2q6jw
https://www.youtube.com/watch?v=3dk1Rf7Jjhs
https://www.youtube.com/watch?v=ZeJdR4kpRjw
https://www.youtube.com/watch?v=R2k6_5_IGYs
https://www.youtube.com/watch?v=Ufe-bh8-5Ys
https://www.youtube.com/watch?v=SIclj4PGSLM
https://www.youtube.com/watch?v=aBoXBxt5UjE
https://www.youtube.com/watch?v=kOCBWVkYFak
https://www.youtube.com/watch?v=sdGBUGypImQ
https://www.youtube.com/watch?v=_HmWE_C9OWI
https://www.youtube.com/watch?v=4xvZ0cqwwL0
https://www.youtube.com/watch?v=sxCtlLiv3N4
https://www.youtube.com/watch?v=wTgTQXZyd-U
https://www.youtube.com/watch?v=u2lfFtkkfM0
https://www.youtube.com/watch?v=gVPGs5FV4hM
https://www.youtube.com/watch?v=_Z-63hLbUkw
https://www.youtube.com/watch?v=pVPk55kg1Yo

https://www.youtube.com/watch?v=KYP-xHcn6BY
https://www.youtube.com/watch?v=uLXjZNw9QNY
https://www.youtube.com/watch?v=eHOdgA3wqVM
https://www.youtube.com/watch?v=ZI-COrmzsME
https://www.youtube.com/watch?v=1hv2OM-DpJ8
https://www.youtube.com/watch?v=g5azzq4dLvk
https://www.youtube.com/watch?v=hiAFcMLJ4yY
https://www.youtube.com/watch?v=4syQFzvU_PQ
https://www.youtube.com/watch?v=AK2Ptbq7cqo
https://www.youtube.com/watch?v=1iN8pSTmLho
https://www.youtube.com/watch?v=h4PoGj29LfU
https://www.youtube.com/watch?v=Vta-diatw58
https://www.youtube.com/watch?v=RIacIkFgLnc
https://www.youtube.com/watch?v=Lwp6SZ4Ke8Y
https://www.youtube.com/watch?v=ouY2QucD1Jg
https://www.youtube.com/watch?v=TxXaME99MyY
https://www.youtube.com/watch?v=Olis_9R-Zss
https://www.youtube.com/watch?v=SfilddRdPl0
https://www.youtube.com/watch?v=DkPK7kVCxlc
https://www.youtube.com/watch?v=A8s1geXwzSo
https://www.youtube.com/watch?v=msgSruL9fkg
https://www.youtube.com/watch?v=katqOeH2BbE
https://www.youtube.com/watch?v=zJ9vqDnXjgU
https://www.youtube.com/watch?v=RHwfzZWxhKc
https://www.youtube.com/watch?v=UIY5u-9q7YI
https://www.youtube.com/watch?v=p1GL5vnautI
https://www.youtube.com/watch?v=2bYOjZq6JxQ
https://www.youtube.com/watch?v=VcDqr2aHsv4
https://www.youtube.com/watch?v=XfEE-xgT9nE
https://www.youtube.com/watch?v=xi8U7m3Hhcg
https://www.youtube.com/watch?v=v0ZFETI5Fu0
https://www.youtube.com/watch?v=S0idw1ISSoE
https://www.youtube.com/watch?v=NurFsgSTEYY
https://www.youtube.com/watch?v=jj37FX0yHZE
https://www.youtube.com/watch?v=dzlXETwSge8
https://www.youtube.com/watch?v=rIizaiIBcvw
https://www.youtube.com/watch?v=CLvUGnoRstE
https://www.youtube.com/watch?v=RcVxZqqbxvU
https://www.youtube.com/watch?v=VZegnCRcpfs
https://www.youtube.com/watch?v=ae_2wYmI3go

https://www.youtube.com/watch?v=tKf0buq-2Jg
https://www.youtube.com/watch?v=3xQ-muHAmvM
https://www.youtube.com/watch?v=Z5aYrgr00vE
https://www.youtube.com/watch?v=x7k3zQZBLGg
https://www.youtube.com/watch?v=7I4js2ELEVs
https://www.youtube.com/watch?v=kp7141sT1lk
https://www.youtube.com/watch?v=JiZN_bIftoc
https://www.youtube.com/watch?v=MvTIQyf0Nas
https://www.youtube.com/watch?v=WK-xmL9KSWs
https://www.youtube.com/watch?v=AogKoYlcpoM
https://www.youtube.com/watch?v=Nf04ERf910E
https://www.youtube.com/watch?v=Xl0U6426fOc
https://www.youtube.com/watch?v=OPLbaBUZ30k
https://www.youtube.com/watch?v=Y6xzMW6p1JY
https://www.youtube.com/watch?v=-O7O8vcrzOI
https://www.youtube.com/watch?v=jl_Se0dlXDs
https://www.youtube.com/watch?v=Vt1IPkDYWcw
https://www.youtube.com/watch?v=AnVkSAdK5Bo
https://www.youtube.com/watch?v=cYUmO-GBKcU
https://www.youtube.com/watch?v=mS36Ec9NWA8
https://www.youtube.com/watch?v=lWJ2SBJ5dqo
https://www.youtube.com/watch?v=a9jzClD6PoM
https://www.youtube.com/watch?v=AMYBj7frf88
https://www.youtube.com/watch?v=4G7Jep-7NhY
https://www.youtube.com/watch?v=eWK0sh7egmw
https://www.youtube.com/watch?v=BKeS-PRcosg
https://www.youtube.com/watch?v=ZpVCX_gc38M
https://www.youtube.com/watch?v=E38bSVBzMXY
https://www.youtube.com/watch?v=EqYsgeIoqww
https://www.youtube.com/watch?v=K7lQQZeWTZY
https://www.youtube.com/watch?v=O--jFieP49Y
https://www.youtube.com/watch?v=JIL0myjb1wQ
https://www.youtube.com/watch?v=Ocn3zWxBnnI
https://www.youtube.com/watch?v=YiWgC4llh9w
https://www.youtube.com/watch?v=Rpb1LLLW5p4
https://www.youtube.com/watch?v=jfn_uWM8ODQ
https://www.youtube.com/watch?v=IET-TEcYK58
https://www.youtube.com/watch?v=JQfp1ZiyFl8
https://www.youtube.com/watch?v=tGU4v3uCAGs
https://www.youtube.com/watch?v=Fczsbg9QZnI

https://www.youtube.com/watch?v=X8Mn6EAhlMo
https://www.youtube.com/watch?v=a8k257GjoL0
https://www.youtube.com/watch?v=waE84I8u1Sw
https://www.youtube.com/watch?v=y1ZCPFdw1SU
https://www.youtube.com/watch?v=fWeJZMjzvPQ
https://www.youtube.com/watch?v=Hcq9nMqlO5Y
https://www.youtube.com/watch?v=Hcq9nMqlO5Y
https://www.youtube.com/watch?v=V6nzLINV3pk
https://www.youtube.com/watch?v=y-AMPU1h6jo
https://www.youtube.com/watch?v=rAc5WCDvTZk
https://www.youtube.com/watch?v=FhOtPwo2yic
https://www.youtube.com/watch?v=hne--srpCWk
https://www.youtube.com/watch?v=pywN7Y6Xf_0
https://www.youtube.com/watch?v=gydnUBFZB5Y
https://www.youtube.com/watch?v=9-Yn-eMII9A
https://www.youtube.com/watch?v=oskj-NB4hfE
https://www.youtube.com/watch?v=j7pJF1-YFVE
https://www.youtube.com/watch?v=jFyIr1fqaNQ
https://www.youtube.com/watch?v=ivkYnkzD8_k
https://www.youtube.com/watch?v=-cKpTW6I5DU
https://www.youtube.com/watch?v=zrVv7KSsaHo
https://www.youtube.com/watch?v=ZnRNF1sttc8
https://www.youtube.com/watch?v=vuh0OZMXrzo
https://www.youtube.com/watch?v=q5TWb77HwUY
https://www.youtube.com/watch?v=dQ0SlH0noMo
https://www.youtube.com/watch?v=KC7rHQFNDl8
https://www.youtube.com/watch?v=2PqylD-5zFk
https://www.youtube.com/watch?v=MsZ2G7XQ9Cw
https://www.youtube.com/watch?v=IGe_SrQe-Vc
https://www.youtube.com/watch?v=xQmhv4b2sQo
https://www.youtube.com/watch?v=BwCwmJ7NQws
https://www.youtube.com/watch?v=m6ROZliNP5Q
https://www.youtube.com/watch?v=ex0dtqYL-9A
https://www.youtube.com/watch?v=4kLPVveJn1Y
https://www.youtube.com/watch?v=mDnaPTCZ7RA
https://www.youtube.com/watch?v=GcN0Fj6TmWE
https://www.youtube.com/watch?v=Nx00EShbF8s
https://www.youtube.com/watch?v=Vj4KJEbVWyQ
https://www.youtube.com/watch?v=9Z2l5rR9rRk
https://www.youtube.com/watch?v=aC65I1XL8V0

https://www.youtube.com/watch?v=wfj7gyy8nDg
https://www.youtube.com/watch?v=rVPvYIj-1hE
https://www.youtube.com/watch?v=Ck-wxwc-9o4
https://www.youtube.com/watch?v=QtiKs1TR6FU
https://www.youtube.com/watch?v=X7QhLnH3k5w
https://www.youtube.com/watch?v=bZX_PbJquUc
https://www.youtube.com/watch?v=dnWsQZzpdR8
https://www.youtube.com/watch?v=l-8hzacJiwo
https://www.youtube.com/watch?v=rsH2Duqem60
https://www.youtube.com/watch?v=x-oRW9VPgkU
https://www.youtube.com/watch?v=Cs0_B5fSu1M
https://www.youtube.com/watch?v=-aMe9Jrpmpg
https://www.youtube.com/watch?v=OQKizrb_1co
https://www.youtube.com/watch?v=lPuHtPLDloA
https://www.youtube.com/watch?v=rd1ecaEtMzo
https://www.youtube.com/watch?v=4nGZzIzZPCQ
https://www.youtube.com/watch?v=qFQHLLAvSyk
https://www.youtube.com/watch?v=YOsnGL7ooK0
https://www.youtube.com/watch?v=jD0oJF_qVqE
https://www.youtube.com/watch?v=kqJVG2B89x0
https://www.youtube.com/watch?v=Qf_uCvGWQ08
https://www.youtube.com/watch?v=nDGe_4s4wHw
https://www.youtube.com/watch?v=VAllXvvGC6I
https://www.youtube.com/watch?v=XkabNFZhJJ4
https://www.youtube.com/watch?v=xFXd9vQ3AR8
https://www.youtube.com/watch?v=v8XTZQoyuIs
https://www.youtube.com/watch?v=i2Pq0kKP5G0
https://www.youtube.com/watch?v=4a5IGEWd_kI
https://www.youtube.com/watch?v=90qYVW4wocc
https://www.youtube.com/watch?v=cmLohFtE51k
https://www.youtube.com/watch?v=brmrvQjsEts
https://www.youtube.com/watch?v=rlSJIyrWERs
https://www.youtube.com/watch?v=zMOHURS8saw
https://www.youtube.com/watch?v=Cz8TXyo51_Q
https://www.youtube.com/watch?v=NJtzvpocTH4
https://www.youtube.com/watch?v=PVCSu88pq1M
https://www.youtube.com/watch?v=9-QpXiB9hDE
https://www.youtube.com/watch?v=h1qth9UV6Qc

https://www.youtube.com/watch?v=6lQdo34Jkj0

https://www.youtube.com/watch?v=V7aVYGd0Yso

| | |
|---|---|
| **From:** | Taylor Major <tmajor@urban1.com> |
| **Sent:** | Tuesday, May 02, 2017 2:02 PM |
| **To:** | YouTube (copyright@youtube.com) |
| **Subject:** | Copyright Complaint |
| **Attachments:** | YouTube Takedown Request - Coobtrax Infringing Links 2.docx |

Hello,

I am writing to submit a copyright complaint against an account that has used audio from The Rickey Smiley Morning Show, a nationally syndicated radio morning show, in more than 2,000 of its videos. The content is owned by Reach Media, Inc., a subsidiary of Radio One, Inc., and the account holder did not obtain permission from either entity to use content from the show. The links to the infringing videos are in the attached document.

Account Holder: Coobtrax

Contact information: tmajor@radio-one.com

I agree to the following statements:
1. "I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law."
2. "The information in this notification is accurate, and under penalty of perjury, I am the owner, or an agent authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed."

Thank you,

Taylor Major

**Taylor Major**
Staff Attorney
Radio One, Inc.
8809 Lenox Pointe Drive, Suite A
Charlotte, NC 28273
704-968-0352 | tmajor@radio-one.com

The videos in the following links impermissibly use audio from the Rickey Smiley Morning Show, a nationally syndicated morning show, the rights of which belong to Reach Media, Inc.:

https://www.youtube.com/watch?v=9GvGmdq40es
https://www.youtube.com/watch?v=Mu8hFvaQZn0
https://www.youtube.com/watch?v=tFSCwGlhStQ
https://www.youtube.com/watch?v=TmfQkHaKKBo
https://www.youtube.com/watch?v=0JZ4untQcno
https://www.youtube.com/watch?v=UizJEi4pf1k
https://www.youtube.com/watch?v=pI_uimRl-V8
https://www.youtube.com/watch?v=aQlvCMMnKQM
https://www.youtube.com/watch?v=t_43GJycIqo
https://www.youtube.com/watch?v=pDMR9i_g5BA
https://www.youtube.com/watch?v=bpITLlt6WuQ
https://www.youtube.com/watch?v=JhWXf4sb-H8
https://www.youtube.com/watch?v=EprWNrQtQTw
https://www.youtube.com/watch?v=KwyfmEgTlcY
https://www.youtube.com/watch?v=VaeT3Yeppzc
https://www.youtube.com/watch?v=k7unSjWYasA
https://www.youtube.com/watch?v=rZtNpfQ2JM8
https://www.youtube.com/watch?v=P-uLKvMBTqA
https://www.youtube.com/watch?v=0x6o_0efXb0
https://www.youtube.com/watch?v=Zlq5UlOIdAU
https://www.youtube.com/watch?v=mnDzodX5awc
https://www.youtube.com/watch?v=kor7vWJ6gbA
https://www.youtube.com/watch?v=u-pog2_qb6w
https://www.youtube.com/watch?v=eu-mj5bTABw
https://www.youtube.com/watch?v=QpN1amIM2lg
https://www.youtube.com/watch?v=jsm5uGB446c
https://www.youtube.com/watch?v=kh7mUCutRhc
https://www.youtube.com/watch?v=vOn0nSQcUPA
https://www.youtube.com/watch?v=OXF9xbKiMVo
https://www.youtube.com/watch?v=SlFgvScLcTg
https://www.youtube.com/watch?v=NNWip1sKZYY
https://www.youtube.com/watch?v=wAJAjMCBmJ0
https://www.youtube.com/watch?v=LCpXDEsfJh8
https://www.youtube.com/watch?v=YjWqz1MoblA
https://www.youtube.com/watch?v=sIwGp0k7hHk
https://www.youtube.com/watch?v=XVbyWXcT7ZE
https://www.youtube.com/watch?v=dQEawc2LD2w
https://www.youtube.com/watch?v=4a_NtSG3mh0
https://www.youtube.com/watch?v=6kVjqzHvv7g

https://www.youtube.com/watch?v=qmFNH4DpwQ8
https://www.youtube.com/watch?v=svF63NOtzkQ
https://www.youtube.com/watch?v=OhBrJDoacco
https://www.youtube.com/watch?v=C0tIJ1cvy_U
https://www.youtube.com/watch?v=VTA5RAikDjo
https://www.youtube.com/watch?v=_KRzET-uV3g
https://www.youtube.com/watch?v=u-ne05GYtMU
https://www.youtube.com/watch?v=wNkmSkwDYD4
https://www.youtube.com/watch?v=SakHFpPeWxM
https://www.youtube.com/watch?v=GakgFyxqcCl
https://www.youtube.com/watch?v=wwRqRCjjNlk
https://www.youtube.com/watch?v=gxKxM_i2Mco
https://www.youtube.com/watch?v=yn2Hh8Y5pwA
https://www.youtube.com/watch?v=v5BFFrrKY7w
https://www.youtube.com/watch?v=H100Af2-kSA
https://www.youtube.com/watch?v=DSoQ1lZ6JBU
https://www.youtube.com/watch?v=psplYLe9zx4
https://www.youtube.com/watch?v=3H4JHKkv9Ms
https://www.youtube.com/watch?v=nPPsQhd0rt0
https://www.youtube.com/watch?v=71T-N-Kz1SI
https://www.youtube.com/watch?v=6vI1rDV1pfI
https://www.youtube.com/watch?v=Hpc0PyGOcik
https://www.youtube.com/watch?v=Ks5wQ-rO0N8
https://www.youtube.com/watch?v=tTW-lm2bAA8
https://www.youtube.com/watch?v=DuHU0bFg37E
https://www.youtube.com/watch?v=3tJ2ARgqenA
https://www.youtube.com/watch?v=nQHbadfrUDg
https://www.youtube.com/watch?v=c3rnAeM4i-A
https://www.youtube.com/watch?v=zpJwHGLnINk
https://www.youtube.com/watch?v=0jM317x3PXc
https://www.youtube.com/watch?v=owyBVjTl7n0
https://www.youtube.com/watch?v=Az5q9pqvAVo
https://www.youtube.com/watch?v=Jco2cz4uKqo
https://www.youtube.com/watch?v=0JXjANp18VY
https://www.youtube.com/watch?v=C8jUyj9yIa0
https://www.youtube.com/watch?v=KqW2dsh7lK8
https://www.youtube.com/watch?v=3oh3mjwjsyw
https://www.youtube.com/watch?v=iwjKemPwyTc
https://www.youtube.com/watch?v=lZxsYkjxvzs
https://www.youtube.com/watch?v=CyV-L-cgS8w
https://www.youtube.com/watch?v=1Yzu5M-X2h4
https://www.youtube.com/watch?v=Ykw0gtddbt0

https://www.youtube.com/watch?v=mxfgBQi_YTk
https://www.youtube.com/watch?v=24xihQPX64E
https://www.youtube.com/watch?v=dLYif7JlyQQ
https://www.youtube.com/watch?v=VwH-sa4Cslc
https://www.youtube.com/watch?v=PxN1ViSYSDk
https://www.youtube.com/watch?v=eYsIXYZhfJ0
https://www.youtube.com/watch?v=B1rinNL7BvU
https://www.youtube.com/watch?v=J4WLupQpPCQ
https://www.youtube.com/watch?v=Swy_XpsGRCo
https://www.youtube.com/watch?v=uxeNmoWB4qY
https://www.youtube.com/watch?v=it8lintLxYA
https://www.youtube.com/watch?v=w6du-JNGrC4
https://www.youtube.com/watch?v=Vi5PoA2WYoU
https://www.youtube.com/watch?v=ft5roHhe7MQ
https://www.youtube.com/watch?v=TmWgRQp0vkA
https://www.youtube.com/watch?v=-5TkcSzB9IM
https://www.youtube.com/watch?v=FF9LitFcyPc
https://www.youtube.com/watch?v=_AWaiVNlYUk
https://www.youtube.com/watch?v=5SteBxwDQ3M
https://www.youtube.com/watch?v=96o0ElnN0tk
https://www.youtube.com/watch?v=JkMj-A_xffA
https://www.youtube.com/watch?v=gNvyKNVhPBc
https://www.youtube.com/watch?v=pn63eGZn9Gw
https://www.youtube.com/watch?v=O8f-gQpyp3k
https://www.youtube.com/watch?v=oTgASZR_KLo
https://www.youtube.com/watch?v=YbC-8kJ8KbA
https://www.youtube.com/watch?v=_6LbdrLKVz0
https://www.youtube.com/watch?v=lTcJ9HaNisU
https://www.youtube.com/watch?v=0_Elhn21Vjk
https://www.youtube.com/watch?v=2DUXqqRQnCY
https://www.youtube.com/watch?v=8N14gekYFlY
https://www.youtube.com/watch?v=OQsMRTA_zV8
https://www.youtube.com/watch?v=xhDsK0qfjuU
https://www.youtube.com/watch?v=NnREhn1oGFY
https://www.youtube.com/watch?v=mVu0xZ3IwWo
https://www.youtube.com/watch?v=IU-POsemR-g
https://www.youtube.com/watch?v=71-6LuCxp_A
https://www.youtube.com/watch?v=gxFLSYlG4Fg
https://www.youtube.com/watch?v=yZwzJF1XbXs
https://www.youtube.com/watch?v=OKpf8qu6MDM
https://www.youtube.com/watch?v=d8OimVcMZgc
https://www.youtube.com/watch?v=FAz3JpqiGNo

https://www.youtube.com/watch?v=FAz3JpqiGNo
https://www.youtube.com/watch?v=EAYS0HMUvSE
https://www.youtube.com/watch?v=h2PetEkn-D4
https://www.youtube.com/watch?v=9B5kS-Uol4Y
https://www.youtube.com/watch?v=UtKmV52oq3c
https://www.youtube.com/watch?v=z9UTv0c_nSg
https://www.youtube.com/watch?v=0LCMVLg_das
https://www.youtube.com/watch?v=0Ez-DebP13o
https://www.youtube.com/watch?v=_zyr_wH4jso
https://www.youtube.com/watch?v=ZwAMMNDiPpw&t=1s
https://www.youtube.com/watch?v=2uYuSx-rGGk
https://www.youtube.com/watch?v=dqXFtbdpB7A
https://www.youtube.com/watch?v=S9JhojKhyv0
https://www.youtube.com/watch?v=PzgiVM8RGEI
https://www.youtube.com/watch?v=gxVAJDGkE7E
https://www.youtube.com/watch?v=wFDqtZm1yd8
https://www.youtube.com/watch?v=g6XoePCJPWg
https://www.youtube.com/watch?v=QkjhYNqCa_o
https://www.youtube.com/watch?v=jrmRBS4wMfk
https://www.youtube.com/watch?v=HT7MLF0jzXE
https://www.youtube.com/watch?v=SXRWaHwANWI
https://www.youtube.com/watch?v=yEAxHg8Vhao
https://www.youtube.com/watch?v=lxFmMpCHWik
https://www.youtube.com/watch?v=31HmEZ1cgbs
https://www.youtube.com/watch?v=dJIqZGeOAgU
https://www.youtube.com/watch?v=pfaIEDatFfY
https://www.youtube.com/watch?v=Tg-_ExzvCzw
https://www.youtube.com/watch?v=AGbFhZwLr9Q
https://www.youtube.com/watch?v=MFhVhAtXiAk
https://www.youtube.com/watch?v=I21sdCMzyUc
https://www.youtube.com/watch?v=NKilwrfaZ4I
https://www.youtube.com/watch?v=9ljFTPR43wg
https://www.youtube.com/watch?v=ir7xnZbDKJ0
https://www.youtube.com/watch?v=4A7HrgoX-PY
https://www.youtube.com/watch?v=EVmFdJ_g8FM
https://www.youtube.com/watch?v=R0JJJRqkMxA
https://www.youtube.com/watch?v=P7GFbrknFls
https://www.youtube.com/watch?v=sbOBvwG_sIA
https://www.youtube.com/watch?v=g4CSu747oJ0
https://www.youtube.com/watch?v=cJzYz8KiTU4
https://www.youtube.com/watch?v=h_utEpyDuQo
https://www.youtube.com/watch?v=vTaF3Aau1Kk

https://www.youtube.com/watch?v=MOI1SQMVLH0
https://www.youtube.com/watch?v=B5_DPSlEpoQ
https://www.youtube.com/watch?v=7KlzAKJzSDs
https://www.youtube.com/watch?v=k-doAkuTJyY
https://www.youtube.com/watch?v=tAxKTUB64Cw
https://www.youtube.com/watch?v=OHcSKbzNGR8
https://www.youtube.com/watch?v=Cch3Y36YAzo
https://www.youtube.com/watch?v=e9pDQ8_ehjc
https://www.youtube.com/watch?v=1iPj5rbupoE
https://www.youtube.com/watch?v=IweCm4aQy0U
https://www.youtube.com/watch?v=RX4Be6uNlfk
https://www.youtube.com/watch?v=MuWSN7ybfEg
https://www.youtube.com/watch?v=TH_V8mZwuP0
https://www.youtube.com/watch?v=kedY6AvQVgU
https://www.youtube.com/watch?v=0HdoVW9WEhk
https://www.youtube.com/watch?v=k5Jd2mw_b7c
https://www.youtube.com/watch?v=1nyNjpTFz9A
https://www.youtube.com/watch?v=0gcFRorNgLI
https://www.youtube.com/watch?v=SjS4tPeZNDI
https://www.youtube.com/watch?v=FAaaiUk-z28
https://www.youtube.com/watch?v=9Oe15Hy8KcA
https://www.youtube.com/watch?v=Lv-SHK2Nkgs
https://www.youtube.com/watch?v=eBzcp0e7_IQ
https://www.youtube.com/watch?v=h9AEkbBzioM
https://www.youtube.com/watch?v=94oeEKtzZcg
https://www.youtube.com/watch?v=J_1G0Hn8xgk
https://www.youtube.com/watch?v=YSbd000CzLg
https://www.youtube.com/watch?v=96-o4uRvC2g
https://www.youtube.com/watch?v=LbcI8iNuxzc
https://www.youtube.com/watch?v=1P1dp5cm2kc
https://www.youtube.com/watch?v=A44UEvWB0XU
https://www.youtube.com/watch?v=0UHFjkkUow8
https://www.youtube.com/watch?v=NgBZd3zmy3w
https://www.youtube.com/watch?v=Odmh5scKNdM
https://www.youtube.com/watch?v=w1csiLZroy8
https://www.youtube.com/watch?v=vG_xs0QhFTA
https://www.youtube.com/watch?v=gNO-2awByu0
https://www.youtube.com/watch?v=PPlsp3a5GIQ
https://www.youtube.com/watch?v=iE7Aw5Yc7X0
https://www.youtube.com/watch?v=9ISsUiilR6Y
https://www.youtube.com/watch?v=BX97N4RNKGg
https://www.youtube.com/watch?v=zn4QGOYgmtY

https://www.youtube.com/watch?v=ZvQFt6apEks
https://www.youtube.com/watch?v=2T3HT5YQj-g
https://www.youtube.com/watch?v=Rgab6qtLfKI
https://www.youtube.com/watch?v=XjODsDxqfNY
https://www.youtube.com/watch?v=OS28lKd5bKI
https://www.youtube.com/watch?v=zqWRC0wxpnw
https://www.youtube.com/watch?v=CAaIeXHRjB0
https://www.youtube.com/watch?v=OV4JKxtJRSQ
https://www.youtube.com/watch?v=_fT8325vtwc
https://www.youtube.com/watch?v=3isGzUm9yOU
https://www.youtube.com/watch?v=KTaN0z9ewNk
https://www.youtube.com/watch?v=THm0mgN7mM0
https://www.youtube.com/watch?v=ZKgQRXUdhu8
https://www.youtube.com/watch?v=clcju247UJE
https://www.youtube.com/watch?v=JRlK_CF6X0Q
https://www.youtube.com/watch?v=icAJMv3fGcQ
https://www.youtube.com/watch?v=7MiIL5bE33Q
https://www.youtube.com/watch?v=TF8Bp-Rxa5M
https://www.youtube.com/watch?v=uETqqQvIUJM
https://www.youtube.com/watch?v=o0hMW7DZxnY
https://www.youtube.com/watch?v=qsH4BAZLbXo
https://www.youtube.com/watch?v=k_b0T8uPCqM
https://www.youtube.com/watch?v=6wm126g5720
https://www.youtube.com/watch?v=s9LdvzDrBZ8
https://www.youtube.com/watch?v=94lsGvo6MgM
https://www.youtube.com/watch?v=_A7L8Ijygxw
https://www.youtube.com/watch?v=GgM-n169rpc
https://www.youtube.com/watch?v=7iCYBU0YQ1U
https://www.youtube.com/watch?v=1zdhZqnjJ4A
https://www.youtube.com/watch?v=7sXBd-ENMn8
https://www.youtube.com/watch?v=Y6nWQLIvZ88
https://www.youtube.com/watch?v=nmu-jVQcnGE
https://www.youtube.com/watch?v=2NyA_X6R5ik
https://www.youtube.com/watch?v=7sXBd-ENMn8
https://www.youtube.com/watch?v=Y6nWQLIvZ88
https://www.youtube.com/watch?v=nmu-jVQcnGE
https://www.youtube.com/watch?v=2NyA_X6R5ik
https://www.youtube.com/watch?v=LyECUPh9cV8
https://www.youtube.com/watch?v=DC25m0Ferz8
https://www.youtube.com/watch?v=PWXl2qi1xnI
https://www.youtube.com/watch?v=yAKo5leMwXM
https://www.youtube.com/watch?v=-u90m_09XtI

https://www.youtube.com/watch?v=c1ca8OLWPls
https://www.youtube.com/watch?v=niCePFettsM
https://www.youtube.com/watch?v=6VSlb7EwVg0
https://www.youtube.com/watch?v=wrOe6ONtQcQ
https://www.youtube.com/watch?v=Hp7e-TovLRs
https://www.youtube.com/watch?v=TpgeBVHWFn0
https://www.youtube.com/watch?v=KBu9wxMVaZ0
https://www.youtube.com/watch?v=mK_3wPPtIpQ
https://www.youtube.com/watch?v=eNf3Pno-yR0
https://www.youtube.com/watch?v=ymgIaiNgYLw
https://www.youtube.com/watch?v=woXZI4RTVPk
https://www.youtube.com/watch?v=yNNSU1Qhf3k
https://www.youtube.com/watch?v=wcAOSF09VgA
https://www.youtube.com/watch?v=A_cwGXTHgzk
https://www.youtube.com/watch?v=nru0QX4yoro
https://www.youtube.com/watch?v=xd_isLRy6eQ
https://www.youtube.com/watch?v=Wiip8MA6VAA
https://www.youtube.com/watch?v=1DfjUZyAwm4
https://www.youtube.com/watch?v=8MbyLeL32MY
https://www.youtube.com/watch?v=mo50l27PvJ4
https://www.youtube.com/watch?v=SFpCK4zyFUc
https://www.youtube.com/watch?v=dXc3ICnHlZI
https://www.youtube.com/watch?v=EJpSJirPlUk
https://www.youtube.com/watch?v=BdHZKHzBcho
https://www.youtube.com/watch?v=iHd5TRH2zDA
https://www.youtube.com/watch?v=6mGqr1cwIeU
https://www.youtube.com/watch?v=W3mmnrKymGw
https://www.youtube.com/watch?v=vtpZXUjPVyc
https://www.youtube.com/watch?v=9Pv0TpTUA20
https://www.youtube.com/watch?v=S3Jj6vJD_gY
https://www.youtube.com/watch?v=GpJCVoGe1cY
https://www.youtube.com/watch?v=NElQdvlf7UI
https://www.youtube.com/watch?v=ah29vV1GyII
https://www.youtube.com/watch?v=Eatc8FItlzQ
https://www.youtube.com/watch?v=BBL9T9dHy5g
https://www.youtube.com/watch?v=s4Y40HdnRX4
https://www.youtube.com/watch?v=-9uEmLNIoMw
https://www.youtube.com/watch?v=v036a6aVZj0
https://www.youtube.com/watch?v=p1a5j2F3eV4
https://www.youtube.com/watch?v=W_h9Wm7JMKs
https://www.youtube.com/watch?v=y2anTf3DzMQ
https://www.youtube.com/watch?v=4OK4C3vwdWM

https://www.youtube.com/watch?v=cQCf2Fl3mzg
https://www.youtube.com/watch?v=r624_T2pUOI
https://www.youtube.com/watch?v=ro5lmxS4maM
https://www.youtube.com/watch?v=bOWqkNhy9RU
https://www.youtube.com/watch?v=1KHqTuIcu8k
https://www.youtube.com/watch?v=iy55pA7nRLg
https://www.youtube.com/watch?v=BF7w6U3knpQ
https://www.youtube.com/watch?v=xY4Ztj2nIMs
https://www.youtube.com/watch?v=ebRemcHM_To

| | |
|---|---|
| **From:** | Taylor Major <tmajor@urban1.com> |
| **Sent:** | Tuesday, May 09, 2017 12:38 PM |
| **To:** | YouTube (copyright@youtube.com) |
| **Subject:** | Copyright Complaint |
| **Attachments:** | YouTube Takedown Request - Coobtrax Infringing Links 3.docx |

Hello,

I am writing to submit a copyright complaint against an account that has used audio from The Rickey Smiley Morning Show, a nationally syndicated radio morning show. The content is owned by Reach Media, Inc., a subsidiary of Radio One, Inc., and the account holder did not obtain permission from either entity to use content from the show. The links to the infringing videos are in the attached document.

Account Holder: Coobtrax

Contact information: tmajor@radio-one.com

I agree to the following statements:
1. "I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law."
2. "The information in this notification is accurate, and under penalty of perjury, I am the owner, or an agent authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed."

Thank you,

Taylor Major

**Taylor Major**
Senior Law Clerk
O: 704.968.0352
8809 Lenox Pointe Drive, Suite A, Charlotte, NC 28273

--



The videos in the following links impermissibly use audio from the Rickey Smiley Morning Show, a nationally syndicated morning show, the rights of which belong to Reach Media, Inc.:

https://www.youtube.com/watch?v=vqhMtz3qRdw
https://www.youtube.com/watch?v=UNLdFdnWN8I
https://www.youtube.com/watch?v=oYyX6mtUEvo
https://www.youtube.com/watch?v=5WQ5KYnpxss
https://www.youtube.com/watch?v=OllWXVcLsxU
https://www.youtube.com/watch?v=DfnnxNfzGls
https://www.youtube.com/watch?v=vbWx-zYYN2E
https://www.youtube.com/watch?v=DTkcdx6YrUE
https://www.youtube.com/watch?v=TgDuw52J0pA
https://www.youtube.com/watch?v=sziu-ALOisg
https://www.youtube.com/watch?v=Ezf8WQETnfE
https://www.youtube.com/watch?v=CgBQI9V1A_I
https://www.youtube.com/watch?v=OnjLYgQ26c8
https://www.youtube.com/watch?v=Z_evUqLpEd4
https://www.youtube.com/watch?v=WrdwHzKmRSI
https://www.youtube.com/watch?v=FX4Ny6lMru0
https://www.youtube.com/watch?v=6fcxIYEa6Ig
https://www.youtube.com/watch?v=-Wd98AYW-uc
https://www.youtube.com/watch?v=0toAc_gFlwU
https://www.youtube.com/watch?v=x9ijxZLkKzk
https://www.youtube.com/watch?v=Mex6owSCihE
https://www.youtube.com/watch?v=apXZnWrvsJw
https://www.youtube.com/watch?v=-zG59A3kDuc
https://www.youtube.com/watch?v=3XbBOqG0CEU
https://www.youtube.com/watch?v=cJtxAjqShxc
https://www.youtube.com/watch?v=_Kv-mXIrkeA
https://www.youtube.com/watch?v=UzgSj9aNZ28
https://www.youtube.com/watch?v=MM2akj3iboY
https://www.youtube.com/watch?v=xYvetzDfM0U
https://www.youtube.com/watch?v=vVZoXutmaMM
https://www.youtube.com/watch?v=r4YbiVhqEJA
https://www.youtube.com/watch?v=rXnzuCX5xXw
https://www.youtube.com/watch?v=-56uG752NH0
https://www.youtube.com/watch?v=e2Dr4CFyqaE
https://www.youtube.com/watch?v=An91aCHaJrk
https://www.youtube.com/watch?v=cRlGtfrIZ3o
https://www.youtube.com/watch?v=50LAKLEj-AE
https://www.youtube.com/watch?v=jdAiUMh4IOg
https://www.youtube.com/watch?v=jl_ovKeAU-g
https://www.youtube.com/watch?v=a3WOknEBT9Q
https://www.youtube.com/watch?v=FgMAMJDTd5M
https://www.youtube.com/watch?v=UQSXRpbYxmo
https://www.youtube.com/watch?v=nm70ftBjAAc
https://www.youtube.com/watch?v=dpp_9nv8Bxk
https://www.youtube.com/watch?v=lNGksHIT9Fo

https://www.youtube.com/watch?v=V4Wy0IyRHSc
https://www.youtube.com/watch?v=FN2IYAQF55M
https://www.youtube.com/watch?v=thV20jRRokg
https://www.youtube.com/watch?v=tq0GQv9ygBl
https://www.youtube.com/watch?v=LDz94xVPOxA
https://www.youtube.com/watch?v=QiBDYOzrXMg
https://www.youtube.com/watch?v=c0_2rzzCe7Q
https://www.youtube.com/watch?v=kf7ENnm-y44
https://www.youtube.com/watch?v=yl08fMDzuR0
https://www.youtube.com/watch?v=CNEHLJQsGMc
https://www.youtube.com/watch?v=Kg_9XRJXdM4
https://www.youtube.com/watch?v=tHUHL9yEjnU
https://www.youtube.com/watch?v=rQmw3bxuyOw
https://www.youtube.com/watch?v=scyY7OFECo8
https://www.youtube.com/watch?v=omWyZT_RiMo
https://www.youtube.com/watch?v=Mw0VP61jZnc
https://www.youtube.com/watch?v=bSFW8hYiTaE
https://www.youtube.com/watch?v=PWzyMAvQTyw
https://www.youtube.com/watch?v=5pL8IxUMk8Q
https://www.youtube.com/watch?v=t4NBN5hT8sk
https://www.youtube.com/watch?v=68IXdCAlGEc
https://www.youtube.com/watch?v=4nGDCa8K0lE
https://www.youtube.com/watch?v=JcJSUDSegUg
https://www.youtube.com/watch?v=_9D4Bilh5KM
https://www.youtube.com/watch?v=JPXiInwOOYk
https://www.youtube.com/watch?v=FKLrdLwl7Dc
https://www.youtube.com/watch?v=HjurlcMuwYs
https://www.youtube.com/watch?v=niXPbXWzRql
https://www.youtube.com/watch?v=jvtFozaCpxo
https://www.youtube.com/watch?v=-lZm9NqiN80
https://www.youtube.com/watch?v=AxLecTuYQ8M
https://www.youtube.com/watch?v=2jgpAoWKlNc
https://www.youtube.com/watch?v=cdNnjnnPBQw
https://www.youtube.com/watch?v=5ORW0LysmLA
https://www.youtube.com/watch?v=HH_GVVCoQFA
https://www.youtube.com/watch?v=sjhwHh148sM
https://www.youtube.com/watch?v=lZ9WXWv94JY
https://www.youtube.com/watch?v=hD6h4GJhORw
https://www.youtube.com/watch?v=-GKKWho8SY4
https://www.youtube.com/watch?v=rdrvvFq6KPg
https://www.youtube.com/watch?v=8PR2RYF-GXE
https://www.youtube.com/watch?v=cdAliChwk5U
https://www.youtube.com/watch?v=_asamfx7YzE
https://www.youtube.com/watch?v=dm2hcHFglsQ
https://www.youtube.com/watch?v=dFd5ZYs8-YM
https://www.youtube.com/watch?v=exL5AzXhN1M
https://www.youtube.com/watch?v=PJbVK0nBEdw

https://www.youtube.com/watch?v=r5B_TDBHjN4
https://www.youtube.com/watch?v=88UjBkOrRJc
https://www.youtube.com/watch?v=bOs1V1H65Ek
https://www.youtube.com/watch?v=tm2WpUNzlK4
https://www.youtube.com/watch?v=rJNSSujGhnl
https://www.youtube.com/watch?v=eOfj6YxccxA
https://www.youtube.com/watch?v=wBk4fiPvZnc
https://www.youtube.com/watch?v=Rp_7GME2jsQ
https://www.youtube.com/watch?v=mt5INtE5-mw
https://www.youtube.com/watch?v=J9zmtLXCWss
https://www.youtube.com/watch?v=Tt8fiD89GbE
https://www.youtube.com/watch?v=cuk1KtC_gds
https://www.youtube.com/watch?v=UQadTUc3z-l
https://www.youtube.com/watch?v=om7PNpYk-ik
https://www.youtube.com/watch?v=AZnfiE0K1xU
https://www.youtube.com/watch?v=SFcbDLR9OCQ
https://www.youtube.com/watch?v=miNkUlwVZCc
https://www.youtube.com/watch?v=gjCh5vfGQrU
https://www.youtube.com/watch?v=GRFYqrSWxlo
https://www.youtube.com/watch?v=1-hXPuZ6Apg&t=2s
https://www.youtube.com/watch?v=7zJr5FtR89Q
https://www.youtube.com/watch?v=XG6cTjG5VAE
https://www.youtube.com/watch?v=QgsW-SSlEv8
https://www.youtube.com/watch?v=SdWzHchjH8M
https://www.youtube.com/watch?v=qyqKlxhEmHM
https://www.youtube.com/watch?v=P3dGuBvzf2c
https://www.youtube.com/watch?v=zAwL1T1fRO4
https://www.youtube.com/watch?v=248mhf_2HDQ
https://www.youtube.com/watch?v=EHTUtBAbsZ8
https://www.youtube.com/watch?v=eSU87E1tJso
https://www.youtube.com/watch?v=rmVQNgeokg0
https://www.youtube.com/watch?v=K4lOq238N5k
https://www.youtube.com/watch?v=jshzQaaQYY8
https://www.youtube.com/watch?v=iZmX5QrOujk
https://www.youtube.com/watch?v=6uQqr1t03Yw
https://www.youtube.com/watch?v=DMK0TGaTyLI
https://www.youtube.com/watch?v=VkemxsddHaA
https://www.youtube.com/watch?v=WdD3g-8VRbQ
https://www.youtube.com/watch?v=0zoPbgC26ns
https://www.youtube.com/watch?v=6ZkoTDjoWV4
https://www.youtube.com/watch?v=mhxnfu24l6l
https://www.youtube.com/watch?v=5v4xBwVQp0A
https://www.youtube.com/watch?v=VgW-yfe-gzM
https://www.youtube.com/watch?v=ybPSgFz7jME
https://www.youtube.com/watch?v=QbnrqsSU7Bw
https://www.youtube.com/watch?v=MiWdtwkMnJw
https://www.youtube.com/watch?v=qdCd_9ZCr-Y
https://www.youtube.com/watch?v=r_xSCuzbweM

https://www.youtube.com/watch?v=yfVuzX1vZmM
https://www.youtube.com/watch?v=oa34kphSe2s
https://www.youtube.com/watch?v=8cop2I-qUKM
https://www.youtube.com/watch?v=iApjTJpYs1E
https://www.youtube.com/watch?v=dr5Zc1OLRoY
https://www.youtube.com/watch?v=CLb49ocuMJg
https://www.youtube.com/watch?v=ReiQ9mbnB10
https://www.youtube.com/watch?v=HL4S7h7hD0U
https://www.youtube.com/watch?v=iLJDdOrfNX4
https://www.youtube.com/watch?v=cFU51hiVY30
https://www.youtube.com/watch?v=jOsMZ3U0Uaw
https://www.youtube.com/watch?v=E8VG7K2S0wE
https://www.youtube.com/watch?v=K8HuCZ27-Dg
https://www.youtube.com/watch?v=basWQ481Bs0
https://www.youtube.com/watch?v=-5Z7P6ZCDTg
https://www.youtube.com/watch?v=si0ZUn79R4c
https://www.youtube.com/watch?v=CUIz5VP56pY
https://www.youtube.com/watch?v=58Z8JBaM9Do
https://www.youtube.com/watch?v=tU-tU-WPNXw
https://www.youtube.com/watch?v=KthuUiUL1x0
https://www.youtube.com/watch?v=g3PM0gSVAvc
https://www.youtube.com/watch?v=OY2oZ7r-0vA
https://www.youtube.com/watch?v=DHhprx8c7f4
https://www.youtube.com/watch?v=NjSq4Rd_fZk
https://www.youtube.com/watch?v=8nwmCHCQyJA
https://www.youtube.com/watch?v=ISkwSUqI-fk
https://www.youtube.com/watch?v=cDte8k-fVm0
https://www.youtube.com/watch?v=hVzPWo9SpoE
https://www.youtube.com/watch?v=y3jHvzjmr0A
https://www.youtube.com/watch?v=RMWcYLVAMEQ
https://www.youtube.com/watch?v=shhIq28BOR8
https://www.youtube.com/watch?v=N5NpRW3kfeQ
https://www.youtube.com/watch?v=QJEeJlWbwlg
https://www.youtube.com/watch?v=eStuhU0OTZE
https://www.youtube.com/watch?v=m1f60KynfkQ
https://www.youtube.com/watch?v=0sbxZONcRfg
https://www.youtube.com/watch?v=IngUjb6GEtE
https://www.youtube.com/watch?v=dGfLu7MdKoQ
https://www.youtube.com/watch?v=dZRjCc5ngnk
https://www.youtube.com/watch?v=hSWThmKBee0
https://www.youtube.com/watch?v=kNDzrfkw_MM
https://www.youtube.com/watch?v=TdLD8oswwDo
https://www.youtube.com/watch?v=PAQhMcLNIMk
https://www.youtube.com/watch?v=VWVom1nYXps
https://www.youtube.com/watch?v=DxFlPm7Krlk
https://www.youtube.com/watch?v=YO8OnCc1GXA
https://www.youtube.com/watch?v=q7trP5Aoz34
https://www.youtube.com/watch?v=ohYgstNERHI

https://www.youtube.com/watch?v=ix4-hbCVq7U
https://www.youtube.com/watch?v=77AHJ5tCpuA
https://www.youtube.com/watch?v=wX4yUqYRcQ8
https://www.youtube.com/watch?v=5OnCYVWBAo4
https://www.youtube.com/watch?v=ozGszKRQLTE
https://www.youtube.com/watch?v=1MMVBmxiYRw
https://www.youtube.com/watch?v=EhwrEue4NeI
https://www.youtube.com/watch?v=7THjrCLVtMs
https://www.youtube.com/watch?v=2YCZ6eAuVl8
https://www.youtube.com/watch?v=Kvkw45PsTgk
https://www.youtube.com/watch?v=Mx_SNdaFntk
https://www.youtube.com/watch?v=1hxJt8C7Wxk
https://www.youtube.com/watch?v=zhId1k_CGhI
https://www.youtube.com/watch?v=5ypPQyiFsuY
https://www.youtube.com/watch?v=LwxSNsV7Au4
https://www.youtube.com/watch?v=q8VRG0oIfU4
https://www.youtube.com/watch?v=ilxWvThjRmw
https://www.youtube.com/watch?v=kxRXPeh8wrY
https://www.youtube.com/watch?v=bF2pzp_1K6c
https://www.youtube.com/watch?v=eZYy5H63tOY
https://www.youtube.com/watch?v=UjQaPY-yBhI
https://www.youtube.com/watch?v=xet371DCjmo
https://www.youtube.com/watch?v=ay8DGnTSbGg
https://www.youtube.com/watch?v=zAHXRyvAraE
https://www.youtube.com/watch?v=GEbHiPdk1Gg
https://www.youtube.com/watch?v=hOJvWiL16wE
https://www.youtube.com/watch?v=cBHDk7uzzmQ
https://www.youtube.com/watch?v=oX8U9nBySow
https://www.youtube.com/watch?v=7StBq85t1kg
https://www.youtube.com/watch?v=ClJtxZBT3-k
https://www.youtube.com/watch?v=F66inDiDOQg
https://www.youtube.com/watch?v=Nmj0JRQcfm8
https://www.youtube.com/watch?v=np5V8xDLsAU
https://www.youtube.com/watch?v=fBcIUWxkcks
https://www.youtube.com/watch?v=hiBc7b7U9t4
https://www.youtube.com/watch?v=FrB0-VvZGfE
https://www.youtube.com/watch?v=PGJMcqjtSeo
https://www.youtube.com/watch?v=5B6b5okrQEU
https://www.youtube.com/watch?v=YGnVOSYF6O8
https://www.youtube.com/watch?v=sVOKbdVFdsE
https://www.youtube.com/watch?v=sVOKbdVFdsE
https://www.youtube.com/watch?v=ssyslh9EBjw
https://www.youtube.com/watch?v=3YuxGnbKaRo
https://www.youtube.com/watch?v=uK5ArDf2Dzg
https://www.youtube.com/watch?v=JAz9QeZNjVM
https://www.youtube.com/watch?v=vB-N3J05pv8
https://www.youtube.com/watch?v=Aqm6j-GuyT8
https://www.youtube.com/watch?v=BLtQV5p8d2c

https://www.youtube.com/watch?v=rRT-uved1xA
https://www.youtube.com/watch?v=JAz9QeZNjVM
https://www.youtube.com/watch?v=vB-N3J05pv8
https://www.youtube.com/watch?v=Aqm6j-GuyT8
https://www.youtube.com/watch?v=BLtQV5p8d2c
https://www.youtube.com/watch?v=rRT-uved1xA
https://www.youtube.com/watch?v=p6pmKJn4wHc
https://www.youtube.com/watch?v=yjkiqCOO8kY
https://www.youtube.com/watch?v=iHfdrqxahnM
https://www.youtube.com/watch?v=jDFzhPaiavY
https://www.youtube.com/watch?v=ZZWC7lsgQts
https://www.youtube.com/watch?v=S2AvxsN8doY
https://www.youtube.com/watch?v=pmwtNGyRs2E
https://www.youtube.com/watch?v=YG8Nq0EHWNE
https://www.youtube.com/watch?v=ANRH3mmYW80
https://www.youtube.com/watch?v=6-oD1PO2aeI
https://www.youtube.com/watch?v=yasSsaAGtF0
https://www.youtube.com/watch?v=ImkutMGpyMw
https://www.youtube.com/watch?v=XZ5GRj-TdFA
https://www.youtube.com/watch?v=EBmfqwLUPOg
https://www.youtube.com/watch?v=p9BCQaA8kZc
https://www.youtube.com/watch?v=x-m1TNy3qLE
https://www.youtube.com/watch?v=tr0nsJh5oWw
https://www.youtube.com/watch?v=-Hz-ZyqndI8
https://www.youtube.com/watch?v=50uy1nzCRJw
https://www.youtube.com/watch?v=Rg8BQMo7igk
https://www.youtube.com/watch?v=TPHrlQ-XvCs
https://www.youtube.com/watch?v=bSznZnu3Bzw
https://www.youtube.com/watch?v=yhx9PPLyGkQ
https://www.youtube.com/watch?v=DmoUbv0n4jk
https://www.youtube.com/watch?v=eVK3U4HhbR4
https://www.youtube.com/watch?v=Veq4C4MWU8k
https://www.youtube.com/watch?v=SghXj6Xl-B4
https://www.youtube.com/watch?v=IoHAWbt3c9Q
https://www.youtube.com/watch?v=mVKqtEKTdzs
https://www.youtube.com/watch?v=1hDUUb6Scg8
https://www.youtube.com/watch?v=PYwhNYM3Vqc
https://www.youtube.com/watch?v=_KJaLNBR7R0
https://www.youtube.com/watch?v=LvfUxQkqMFo
https://www.youtube.com/watch?v=pPxJtQH2ANg
https://www.youtube.com/watch?v=9jxqynDUaHE
https://www.youtube.com/watch?v=acAzw57er4Q
https://www.youtube.com/watch?v=gksgQCgU7HE
https://www.youtube.com/watch?v=fKSCjwua594
https://www.youtube.com/watch?v=J3FML4juupQ
https://www.youtube.com/watch?v=N1-dAOzvldQ
https://www.youtube.com/watch?v=9WM0feek7rE
https://www.youtube.com/watch?v=J3Elnmz3s2g

https://www.youtube.com/watch?v=6HeWMedG96U
https://www.youtube.com/watch?v=uBb3wVq_oY0
https://www.youtube.com/watch?v=W7B4_bRg5aw
https://www.youtube.com/watch?v=VasqssrG4O8
https://www.youtube.com/watch?v=8G3U9j3-itw
https://www.youtube.com/watch?v=45JsvdygnaU
https://www.youtube.com/watch?v=uZx6jmKxG0k
https://www.youtube.com/watch?v=-_SDR4RA-sc
https://www.youtube.com/watch?v=fKnM1R_s3Ec
https://www.youtube.com/watch?v=4TFVt4al28k
https://www.youtube.com/watch?v=D4getY9cU90
https://www.youtube.com/watch?v=kXe-3ScWCVs
https://www.youtube.com/watch?v=x9SNhUjfhZA
https://www.youtube.com/watch?v=44tLsmuJ8vo
https://www.youtube.com/watch?v=MSRQcHy8ONk
https://www.youtube.com/watch?v=zOFbN4N11_Q
https://www.youtube.com/watch?v=BJBHybf665I
https://www.youtube.com/watch?v=TiJzXuypjt4
https://www.youtube.com/watch?v=9sJNA5vBqho
https://www.youtube.com/watch?v=JxObDJAlFho
https://www.youtube.com/watch?v=Mpwvjif01g8
https://www.youtube.com/watch?v=uKMSffHdqlc
https://www.youtube.com/watch?v=1kTqFmYozg4
https://www.youtube.com/watch?v=Y7Ey-ZYmHsA
https://www.youtube.com/watch?v=uiFyl6p3Qfk
https://www.youtube.com/watch?v=HWXi8WNkqPU
https://www.youtube.com/watch?v=fiKyMqliPWk
https://www.youtube.com/watch?v=6WVvyHhBfxY
https://www.youtube.com/watch?v=Lk7NJ-Zeq08
https://www.youtube.com/watch?v=3AlwKnMaK50
https://www.youtube.com/watch?v=6-tOsxE_bVo
https://www.youtube.com/watch?v=NVciNZT42Vw
https://www.youtube.com/watch?v=w9J9VplwTx8
https://www.youtube.com/watch?v=F-snZfliIUM
https://www.youtube.com/watch?v=xNgh6aAoArA
https://www.youtube.com/watch?v=75zUsFSEvJQ
https://www.youtube.com/watch?v=RjVdfhvM3CY
https://www.youtube.com/watch?v=waBiYXMN4LU
https://www.youtube.com/watch?v=AUUwbY-NeyI
https://www.youtube.com/watch?v=HaCVFjjNWHo
https://www.youtube.com/watch?v=vMig6cour0c
https://www.youtube.com/watch?v=y5U9xBn8y4A
https://www.youtube.com/watch?v=TtI0WFJFGoE
https://www.youtube.com/watch?v=Duw-8lOtYAo
https://www.youtube.com/watch?v=YojMRvQoHtU
https://www.youtube.com/watch?v=p1L6PRc2bf8
https://www.youtube.com/watch?v=1r6ZZsLQd2Q
https://www.youtube.com/watch?v=G-k9QYxFHjg

https://www.youtube.com/watch?v=BsQkpCoEZhU
https://www.youtube.com/watch?v=9c54NLfc47I
https://www.youtube.com/watch?v=QTvP3o5OOBI
https://www.youtube.com/watch?v=b2HWKAQwzKA
https://www.youtube.com/watch?v=90B7CdVOz0w
https://www.youtube.com/watch?v=hQItvpKY9fE
https://www.youtube.com/watch?v=OM8tys_-rok
https://www.youtube.com/watch?v=hq5dDSABRKs
https://www.youtube.com/watch?v=3Vfc7PXaoHU
https://www.youtube.com/watch?v=T0ON-0tgn0U
https://www.youtube.com/watch?v=98NV_tOEMYs
https://www.youtube.com/watch?v=e5yKpN0vRpo
https://www.youtube.com/watch?v=L9E-j1ZridI
https://www.youtube.com/watch?v=jQDU3Qdn3m4
https://www.youtube.com/watch?v=L-4WlXGAulM
https://www.youtube.com/watch?v=ubfcqw7P440
https://www.youtube.com/watch?v=qnKoZd6FwGs
https://www.youtube.com/watch?v=yj2fex3Fc1M
https://www.youtube.com/watch?v=iaHR9Z2I_LM
https://www.youtube.com/watch?v=KzFpRChlFeI
https://www.youtube.com/watch?v=nLHGWljPawk
https://www.youtube.com/watch?v=K5xnBdG5CEM
https://www.youtube.com/watch?v=f_RQJCbKTe4
https://www.youtube.com/watch?v=4XJzZubekRE
https://www.youtube.com/watch?v=H1IZWS44wXE
https://www.youtube.com/watch?v=oRk8nKZD_SQ
https://www.youtube.com/watch?v=H2CM6DFTkRM
https://www.youtube.com/watch?v=aL3Zmnmbd0I
https://www.youtube.com/watch?v=o9THzrxutYE
https://www.youtube.com/watch?v=K6qrlyiV1gs
https://www.youtube.com/watch?v=KOlxD8wlkI4
https://www.youtube.com/watch?v=Nyv2vh2qH9A
https://www.youtube.com/watch?v=0d9AT8b1Fgs
https://www.youtube.com/watch?v=kG6IqSWPGNI
https://www.youtube.com/watch?v=7nefgS-zNRk
https://www.youtube.com/watch?v=yvLnRcIdGA8
https://www.youtube.com/watch?v=pzv7ToO7mlw
https://www.youtube.com/watch?v=B8L7PLQ0V9o
https://www.youtube.com/watch?v=v7dMMMmIrm8
https://www.youtube.com/watch?v=xeL1hFoUZ4c
https://www.youtube.com/watch?v=z-2pkFegZE4
https://www.youtube.com/watch?v=l25zM4crMeA
https://www.youtube.com/watch?v=HH3Atsiaosw
https://www.youtube.com/watch?v=AWXeM3FZp3w
https://www.youtube.com/watch?v=qK7pkqwfP08
https://www.youtube.com/watch?v=dcKh3owhCaM
https://www.youtube.com/watch?v=8mcOrFOqfec
https://www.youtube.com/watch?v=hyBjqQn9pPg

https://www.youtube.com/watch?v=RWo5sLh1I0M
https://www.youtube.com/watch?v=b5WywJfGm7k
https://www.youtube.com/watch?v=D1Wcic1TKrs
https://www.youtube.com/watch?v=zJ1dX1tepQU
https://www.youtube.com/watch?v=gGo8816MV5w
https://www.youtube.com/watch?v=t0NI9R7zhkk
https://www.youtube.com/watch?v=vInGXHhK-1k
https://www.youtube.com/watch?v=DNQV6Jbwvco
https://www.youtube.com/watch?v=UnPu4cxHtfo
https://www.youtube.com/watch?v=989AokAfD4E
https://www.youtube.com/watch?v=g-8hQZJBDN4
https://www.youtube.com/watch?v=d9snZw1b35E
https://www.youtube.com/watch?v=VylMKOS3MC0
https://www.youtube.com/watch?v=M0lyAYZqHWU
https://www.youtube.com/watch?v=epNlBTsCzk0
https://www.youtube.com/watch?v=gitkT5iOL-Y
https://www.youtube.com/watch?v=Cr8rxMnHr8g
https://www.youtube.com/watch?v=NVSDOZh57iY
https://www.youtube.com/watch?v=-k2-ruNeY4U
https://www.youtube.com/watch?v=vKVAiZG4K7U
https://www.youtube.com/watch?v=0kcqMyoKdm8
https://www.youtube.com/watch?v=sMLs2smmO5U
https://www.youtube.com/watch?v=4Swdh_j_v8o
https://www.youtube.com/watch?v=nVfk5Bpje90
https://www.youtube.com/watch?v=0d_pbDTinX4
https://www.youtube.com/watch?v=WMpHaPsVVr0
https://www.youtube.com/watch?v=KaVxOvgZjSE
https://www.youtube.com/watch?v=AltfdCubp04
https://www.youtube.com/watch?v=uEL34Td5zKU
https://www.youtube.com/watch?v=IA2UNl73-2U
https://www.youtube.com/watch?v=Xs2MBsR9rIw
https://www.youtube.com/watch?v=LFiY-u_7Syg
https://www.youtube.com/watch?v=JT8Z5etPj6k
https://www.youtube.com/watch?v=qQ4H0dOK1B8
https://www.youtube.com/watch?v=_fndSSdHtBE
https://www.youtube.com/watch?v=J4s7tChem4E
https://www.youtube.com/watch?v=fwrW8C99ms0
https://www.youtube.com/watch?v=iW3VtnuQd3I
https://www.youtube.com/watch?v=7ts8jfS1DcI
https://www.youtube.com/watch?v=JuqV8woYfC8
https://www.youtube.com/watch?v=jhIm4CqW3QQ
https://www.youtube.com/watch?v=2UMXhMjzi1g
https://www.youtube.com/watch?v=GhhSY8oFZwg
https://www.youtube.com/watch?v=oVPVGgM1UgE
https://www.youtube.com/watch?v=vCBnkZqjYno
https://www.youtube.com/watch?v=kA1Vre0zFVM
https://www.youtube.com/watch?v=nCRBEtsebC4
https://www.youtube.com/watch?v=FK0TJPLF8fA

https://www.youtube.com/watch?v=7RCswUJcahE
https://www.youtube.com/watch?v=AjtefbVFlfk
https://www.youtube.com/watch?v=-1FpN1ObCaM
https://www.youtube.com/watch?v=R0F8xNFqnfI
https://www.youtube.com/watch?v=1Zfwr0uNe8U
https://www.youtube.com/watch?v=uz-eJ4Fpxjs
https://www.youtube.com/watch?v=JSUGZeP2lrE
https://www.youtube.com/watch?v=QTS4QOM0ews
https://www.youtube.com/watch?v=8v5aCYNoSak
https://www.youtube.com/watch?v=QfN6Zuvx1Cl
https://www.youtube.com/watch?v=l_AQubOdk4o
https://www.youtube.com/watch?v=Ipr0BXqw1ng
https://www.youtube.com/watch?v=_w3W0VxJJfc
https://www.youtube.com/watch?v=WJNxMLg8eGM
https://www.youtube.com/watch?v=UeYJaB5KYxM
https://www.youtube.com/watch?v=qVRv_4cKvK0
https://www.youtube.com/watch?v=0uM94DP60q8
https://www.youtube.com/watch?v=J95QcGcxNVE
https://www.youtube.com/watch?v=05ww6jNcNRA
https://www.youtube.com/watch?v=IEht_rIU2Hk
https://www.youtube.com/watch?v=0pGufjAlZLE
https://www.youtube.com/watch?v=f7hBjCc-53A
https://www.youtube.com/watch?v=1nKXRycFJzc
https://www.youtube.com/watch?v=tYwKg6ZgFCo
https://www.youtube.com/watch?v=QYdqs3IDCY0
https://www.youtube.com/watch?v=eBu8dWZlJmA
https://www.youtube.com/watch?v=kVNeo4HWklQ
https://www.youtube.com/watch?v=IYA4r-fo_o0
https://www.youtube.com/watch?v=6Rml1qU1cZg
https://www.youtube.com/watch?v=-wrDRxxvA1s
https://www.youtube.com/watch?v=Yfs9DBoAcoc
https://www.youtube.com/watch?v=sd8u1gJFsqo
https://www.youtube.com/watch?v=tnveQ6QvoGk
https://www.youtube.com/watch?v=gTYaXC7Iyjk
https://www.youtube.com/watch?v=0iPiVDlvEy4
https://www.youtube.com/watch?v=Y38L0hZXhxs
https://www.youtube.com/watch?v=DRX5NQnMBjA
https://www.youtube.com/watch?v=TeSzsy1PhKg
https://www.youtube.com/watch?v=6aQcFaC2_OQ
https://www.youtube.com/watch?v=MjC8I8gBwQ8
https://www.youtube.com/watch?v=gHNW_5ORTbo
https://www.youtube.com/watch?v=t7yt2KK1MJA
https://www.youtube.com/watch?v=Iahx3WQAD8M
https://www.youtube.com/watch?v=aFh6cm-B3pg
https://www.youtube.com/watch?v=yl9iW8sxVpo
https://www.youtube.com/watch?v=sSStzyRRV1Q
https://www.youtube.com/watch?v=Sl77ztJpAMQ
https://www.youtube.com/watch?v=LDJZjhyJ-MQ

https://www.youtube.com/watch?v=AJUbQpbjBmI
https://www.youtube.com/watch?v=3hzEouO9JZs
https://www.youtube.com/watch?v=qmAkk7dCJR0
https://www.youtube.com/watch?v=T8u3o1rI9mE
https://www.youtube.com/watch?v=Oxp_d2g0YIE
https://www.youtube.com/watch?v=PhWXopWRNjk
https://www.youtube.com/watch?v=6r9HtGR9SLU
https://www.youtube.com/watch?v=Jm6kloTGkMw
https://www.youtube.com/watch?v=s8c3ZCr7oWI
https://www.youtube.com/watch?v=_qdvnbW-DLU
https://www.youtube.com/watch?v=IVFv0YcsYjg
https://www.youtube.com/watch?v=4Y3N2BlrQvM
https://www.youtube.com/watch?v=K9jWQV7-9BM
https://www.youtube.com/watch?v=lmPm6yb4oR8
https://www.youtube.com/watch?v=LIJHPmxKTDg
https://www.youtube.com/watch?v=xTmCJeiOKDo
https://www.youtube.com/watch?v=gl2Ea586aR8
https://www.youtube.com/watch?v=Zujybf9YL2w
https://www.youtube.com/watch?v=GYmImKepo-Y
https://www.youtube.com/watch?v=H7HxX880b9k
https://www.youtube.com/watch?v=7byMabYWwcA
https://www.youtube.com/watch?v=0XGFUDbQ0Bo
https://www.youtube.com/watch?v=bNqoNz_eOHk
https://www.youtube.com/watch?v=ONQCvgSbxmA
https://www.youtube.com/watch?v=Knj9PdveDls
https://www.youtube.com/watch?v=fJe5B5dASDE
https://www.youtube.com/watch?v=hte3g0ogJas
https://www.youtube.com/watch?v=Lp1rWSQeEzk
https://www.youtube.com/watch?v=9Iq-S9k-cGU
https://www.youtube.com/watch?v=pv7Zz09qK7Y
https://www.youtube.com/watch?v=paCip7c3yHw
https://www.youtube.com/watch?v=MkuMSIMr75U
https://www.youtube.com/watch?v=pSUmR_fNiEs
https://www.youtube.com/watch?v=Qk3XLCKBWmM
https://www.youtube.com/watch?v=LB7BQx5xWU0
https://www.youtube.com/watch?v=pboQNDREpeU
https://www.youtube.com/watch?v=qT2fmHNyUh0
https://www.youtube.com/watch?v=GRk5Oo6T8rc
https://www.youtube.com/watch?v=Da7iLSi5j94
https://www.youtube.com/watch?v=tZIAWvxxCUk
https://www.youtube.com/watch?v=k36gFuEpGc8
https://www.youtube.com/watch?v=GS9AFeJXGDg
https://www.youtube.com/watch?v=zZHI-91uwsA
https://www.youtube.com/watch?v=jz2Jw6Ruv4o
https://www.youtube.com/watch?v=SuTkktXl_Q0
https://www.youtube.com/watch?v=vDWd_qGDFM0
https://www.youtube.com/watch?v=-6ERb4jxuEs
https://www.youtube.com/watch?v=8sLUk6OwA8o

https://www.youtube.com/watch?v=w1QgM69Ti9M
https://www.youtube.com/watch?v=nhfT8cnaspw
https://www.youtube.com/watch?v=_8uvc_b4Vo0
https://www.youtube.com/watch?v=J2w5zoWl3TM
https://www.youtube.com/watch?v=simzNjGuWpo
https://www.youtube.com/watch?v=ZWcjcwfiYC0
https://www.youtube.com/watch?v=OMXuIOHNod4
https://www.youtube.com/watch?v=kDXAy0rfRXA
https://www.youtube.com/watch?v=RskPYyxPfLl
https://www.youtube.com/watch?v=PwJomVR0p5I
https://www.youtube.com/watch?v=VvT5INhaOgI
https://www.youtube.com/watch?v=VoFBSZMY-IU
https://www.youtube.com/watch?v=JgJppxjsHXo
https://www.youtube.com/watch?v=WTOqiiVK-RU
https://www.youtube.com/watch?v=ui_uU_TTSMA
https://www.youtube.com/watch?v=9FoyueumQAo
https://www.youtube.com/watch?v=4bAoYlUTAtA
https://www.youtube.com/watch?v=6RWFgr5L_3E
https://www.youtube.com/watch?v=YMJTRNOiA3U
https://www.youtube.com/watch?v=FY7dqAeX84s
https://www.youtube.com/watch?v=LtsSX3qllSY
https://www.youtube.com/watch?v=CvGZuX9HLp0
https://www.youtube.com/watch?v=MYoUq6csuFc
https://www.youtube.com/watch?v=rG3djPm50Z8
https://www.youtube.com/watch?v=s_qhXVvdJrI
https://www.youtube.com/watch?v=MKc2sPo4OBs
https://www.youtube.com/watch?v=9OsEs64OwYk
https://www.youtube.com/watch?v=-zWFHmx-rgA
https://www.youtube.com/watch?v=vpBkR6vTuG8
https://www.youtube.com/watch?v=IMB61Edengg
https://www.youtube.com/watch?v=wJwwxB1z7Po
https://www.youtube.com/watch?v=q7eyfrqUd28
https://www.youtube.com/watch?v=KQgowzQghQg
https://www.youtube.com/watch?v=Mf-UBeHCiA0
https://www.youtube.com/watch?v=fmS6jx78jj4
https://www.youtube.com/watch?v=OKo4S2aQJds
https://www.youtube.com/watch?v=bSzfZlV5e3M
https://www.youtube.com/watch?v=KItALIkM2_E
https://www.youtube.com/watch?v=OgiVZ3n2Y88
https://www.youtube.com/watch?v=Giv5AhWSLBo
https://www.youtube.com/watch?v=v79Q0klmtFU
https://www.youtube.com/watch?v=SztJZ8Osx3I
https://www.youtube.com/watch?v=4wV5PfvWVhI
https://www.youtube.com/watch?v=sIK7t6-58mw
https://www.youtube.com/watch?v=VA0vlmPjMFU
https://www.youtube.com/watch?v=0n2lvs96KSI
https://www.youtube.com/watch?v=ZcpxEHnuX1Y
https://www.youtube.com/watch?v=zB6LmR-yRbE

https://www.youtube.com/watch?v=-aCIcw4UYGg
https://www.youtube.com/watch?v=cCNGXm4Pzbo
https://www.youtube.com/watch?v=Tk7PnFco1kk
https://www.youtube.com/watch?v=KXvSLmexW30
https://www.youtube.com/watch?v=5jPvck-S184
https://www.youtube.com/watch?v=a9vlBRuHQTM
https://www.youtube.com/watch?v=_ejvKIuxH4E
https://www.youtube.com/watch?v=MeZj2DjNbLg
https://www.youtube.com/watch?v=tsYkFPE-xHU
https://www.youtube.com/watch?v=7eiaA4W_5o8
https://www.youtube.com/watch?v=va4lJZLX-mQ
https://www.youtube.com/watch?v=rjUJIIP7D0U
https://www.youtube.com/watch?v=ta5fesq8G8g
https://www.youtube.com/watch?v=tY2XFuNZosQ
https://www.youtube.com/watch?v=gbM41qa3w9Q
https://www.youtube.com/watch?v=gFK7UfAl8ps
https://www.youtube.com/watch?v=c3K0frrpTuo
https://www.youtube.com/watch?v=PkvEgqR1yEg
https://www.youtube.com/watch?v=b1NyC5DF2to
https://www.youtube.com/watch?v=2nkLv48ARZI
https://www.youtube.com/watch?v=OhkKyA5d2GI
https://www.youtube.com/watch?v=oO8ABukaQ0c
https://www.youtube.com/watch?v=89zI9uHWcZk
https://www.youtube.com/watch?v=L_1gYBytF6g
https://www.youtube.com/watch?v=c9Y2oY_doaU
https://www.youtube.com/watch?v=hlsAkJDML-g
https://www.youtube.com/watch?v=4BGg7-0cM8Q
https://www.youtube.com/watch?v=jxzFmGCo3ss
https://www.youtube.com/watch?v=ys2UWD4fHVg
https://www.youtube.com/watch?v=3iXlaw_WJ-s
https://www.youtube.com/watch?v=wRE5PG7NyFk
https://www.youtube.com/watch?v=q2yQne_K5CE
https://www.youtube.com/watch?v=RFL3Zi80rSw
https://www.youtube.com/watch?v=y-lpF-1-xqw
https://www.youtube.com/watch?v=kJNvOIa0ClM
https://www.youtube.com/watch?v=EZAp8N4PMR0
https://www.youtube.com/watch?v=qPkNrnSZYLA
https://www.youtube.com/watch?v=8nzC1suoORQ
https://www.youtube.com/watch?v=6yC4zQ0UYFU
https://www.youtube.com/watch?v=QejYtuMDKVE
https://www.youtube.com/watch?v=nhmz6HWqxaI
https://www.youtube.com/watch?v=NxTZeSUAYII
https://www.youtube.com/watch?v=aM3ORzYaNLE
https://www.youtube.com/watch?v=m5FmXyPjXZ0
https://www.youtube.com/watch?v=kzt2ACkemEI
https://www.youtube.com/watch?v=yROEwcFDraE
https://www.youtube.com/watch?v=qF329HyDNkI
https://www.youtube.com/watch?v=ZCQpcmWmvGM

https://www.youtube.com/watch?v=iXi5iyvvYGY
https://www.youtube.com/watch?v=GcWK5xwNxVg
https://www.youtube.com/watch?v=ExwWuSpLSfs
https://www.youtube.com/watch?v=OlFgDbhI39Q
https://www.youtube.com/watch?v=rjTGngG98c0
https://www.youtube.com/watch?v=rHj60U2HkQo
https://www.youtube.com/watch?v=Tto67LiviG8
https://www.youtube.com/watch?v=lTfj9Vaba28
https://www.youtube.com/watch?v=M1s1tpVliD0
https://www.youtube.com/watch?v=wXdDMNWEAVY
https://www.youtube.com/watch?v=DB2fLoS5mvw
https://www.youtube.com/watch?v=sLxSkB3uz24
https://www.youtube.com/watch?v=hHAuZf5VN3A
https://www.youtube.com/watch?v=Ob0V0ad4fcQ
https://www.youtube.com/watch?v=ZBZZzlC2YK4
https://www.youtube.com/watch?v=mn4w3SdHbpY
https://www.youtube.com/watch?v=fmhgjkQgFlk
https://www.youtube.com/watch?v=oOch8gGKVM0
https://www.youtube.com/watch?v=H-zcE2NfGT4
https://www.youtube.com/watch?v=JOZUwt-G46s
https://www.youtube.com/watch?v=vJu-SmEwmEc
https://www.youtube.com/watch?v=ylnpb1nX6is
https://www.youtube.com/watch?v=VW9m2i9AwDw
https://www.youtube.com/watch?v=_3Yb0jKoSGw
https://www.youtube.com/watch?v=aISLGL97PwY
https://www.youtube.com/watch?v=R7SJH2EcIUA
https://www.youtube.com/watch?v=k_myN4ucgNE
https://www.youtube.com/watch?v=WnvjIXBaJes
https://www.youtube.com/watch?v=bivaSLwQQKE
https://www.youtube.com/watch?v=_QA9PnSP_kY
https://www.youtube.com/watch?v=E5GGXg2FIT4
https://www.youtube.com/watch?v=Go5ZgNOxOV0
https://www.youtube.com/watch?v=85HfeZew2Yc
https://www.youtube.com/watch?v=pu5qwNh1EYg
https://www.youtube.com/watch?v=zfZnsrtI0Wl
https://www.youtube.com/watch?v=fO0Sf5G_JYY
https://www.youtube.com/watch?v=RcHcRbaCvWQ
https://www.youtube.com/watch?v=wdDoX2--3HU
https://www.youtube.com/watch?v=4q5NrsogjL8
https://www.youtube.com/watch?v=EkZc8U7vn4g
https://www.youtube.com/watch?v=ZFUJn6qtdks
https://www.youtube.com/watch?v=rRtvx_STfWc
https://www.youtube.com/watch?v=FoMPA2zWPyM
https://www.youtube.com/watch?v=tmFpVZl2tkM
https://www.youtube.com/watch?v=4irP79LkMYU
https://www.youtube.com/watch?v=ElpJCd9kE58
https://www.youtube.com/watch?v=82R1rHpVWIw
https://www.youtube.com/watch?v=fUSSF39WUwQ

https://www.youtube.com/watch?v=E4cY67Q000g
https://www.youtube.com/watch?v=XjsT-cnK3hM
https://www.youtube.com/watch?v=USWd7859IWc
https://www.youtube.com/watch?v=JojLf1VrgAY
https://www.youtube.com/watch?v=EAzadfHxTOg
https://www.youtube.com/watch?v=U44RYcd5pP4
https://www.youtube.com/watch?v=xNgtFTG7nlg
https://www.youtube.com/watch?v=7zaUq8LDudM
https://www.youtube.com/watch?v=QH7_RlRWWAY
https://www.youtube.com/watch?v=h7HhkHdXslg
https://www.youtube.com/watch?v=zTWMmv-kMWk
https://www.youtube.com/watch?v=7wFOC5cBlEA
https://www.youtube.com/watch?v=V0FaEUTucr8
https://www.youtube.com/watch?v=cJujQWqVP1M
https://www.youtube.com/watch?v=9Zow3-ftwCY
https://www.youtube.com/watch?v=2Nd40QDHrJE
https://www.youtube.com/watch?v=hcN4aeD_cpk
https://www.youtube.com/watch?v=O503pTv-G48
https://www.youtube.com/watch?v=BpDiIc87RHQ
https://www.youtube.com/watch?v=mR6vZzAfcuc
https://www.youtube.com/watch?v=KqyIYLjzV54
https://www.youtube.com/watch?v=bd5DlLZA7iw
https://www.youtube.com/watch?v=uqbYTAo-s9Y
https://www.youtube.com/watch?v=K9drPEGYE1o
https://www.youtube.com/watch?v=i9OdBmfKGkA
https://www.youtube.com/watch?v=Bj61ozZEwi0
https://www.youtube.com/watch?v=PKlVKnrhOUs
https://www.youtube.com/watch?v=ceQtCpKAWq4
https://www.youtube.com/watch?v=MUZ6bwngSh8
https://www.youtube.com/watch?v=F6rhAl5w-4I
https://www.youtube.com/watch?v=O4-FL_COcwY
https://www.youtube.com/watch?v=Et-6Mt7j2dc
https://www.youtube.com/watch?v=Pe8515F3qys
https://www.youtube.com/watch?v=p3PMrW5-mCo
https://www.youtube.com/watch?v=jrLA2UrfDFI
https://www.youtube.com/watch?v=W5E6OHGVBJI
https://www.youtube.com/watch?v=toI-6PHnAlE
https://www.youtube.com/watch?v=1rIpMGUdmAk
https://www.youtube.com/watch?v=VNw8zabCcPM
https://www.youtube.com/watch?v=YKhVPEvnO0k
https://www.youtube.com/watch?v=hdLzzsD6rsY
https://www.youtube.com/watch?v=1rIpMGUdmAk
https://www.youtube.com/watch?v=VNw8zabCcPM
https://www.youtube.com/watch?v=YKhVPEvnO0k
https://www.youtube.com/watch?v=hdLzzsD6rsY
https://www.youtube.com/watch?v=-m3GvFEaRqg
https://www.youtube.com/watch?v=YGS_TiQMAaQ
https://www.youtube.com/watch?v=rgbdLfSxGng

https://www.youtube.com/watch?v=C3SKEMb-JqQ
https://www.youtube.com/watch?v=j4WBhYfT_5I
https://www.youtube.com/watch?v=YOeCxEA8Mrs
https://www.youtube.com/watch?v=LIhgHPybtDM
https://www.youtube.com/watch?v=0HZ9u50YRwE
https://www.youtube.com/watch?v=G6AhiY_5_Go
https://www.youtube.com/watch?v=nDyfq-GjhnE
https://www.youtube.com/watch?v=p0RqTBLDhoo
https://www.youtube.com/watch?v=VmZx-Qk_Pqk
https://www.youtube.com/watch?v=IB_qCvAJO-8
https://www.youtube.com/watch?v=7tNZwK2pn_Y
https://www.youtube.com/watch?v=LVWBA2cB2a8
https://www.youtube.com/watch?v=Eo81Ifxf7Zc
https://www.youtube.com/watch?v=fEODBXDO-JQ
https://www.youtube.com/watch?v=V5fwTi2yvJQ
https://www.youtube.com/watch?v=Gi5VjuPzsAs
https://www.youtube.com/watch?v=BkKZkQgEFC0
https://www.youtube.com/watch?v=pxyOhEa5KjU
https://www.youtube.com/watch?v=H5EhL2dgdSs
https://www.youtube.com/watch?v=dIUrlPTHTkc
https://www.youtube.com/watch?v=vsceKA8ghVs
https://www.youtube.com/watch?v=CpFSHXxppZQ
https://www.youtube.com/watch?v=3vuk2bHMHV0
https://www.youtube.com/watch?v=Qc_zHTPcFFo
https://www.youtube.com/watch?v=B62EVrmn_jo
https://www.youtube.com/watch?v=25DdxvpcDgk
https://www.youtube.com/watch?v=F4XpUE48MbE
https://www.youtube.com/watch?v=EefCNiQHtmY
https://www.youtube.com/watch?v=GLMhPclnA-I
https://www.youtube.com/watch?v=Xtzllj2qWYI
https://www.youtube.com/watch?v=uhfXH3zq7TM
https://www.youtube.com/watch?v=L7t-4Zpiznw
https://www.youtube.com/watch?v=dXuckacHM0k
https://www.youtube.com/watch?v=VWe3JJtpbMk
https://www.youtube.com/watch?v=I65-rzhEyjo
https://www.youtube.com/watch?v=Tj1z9C_UUEU
https://www.youtube.com/watch?v=quXYLyMKYSI
https://www.youtube.com/watch?v=8Cg1yj68X0g
https://www.youtube.com/watch?v=YNtuKVxjZn0
https://www.youtube.com/watch?v=3Hw5LjCTQqI
https://www.youtube.com/watch?v=y0S3gz54_-8
https://www.youtube.com/watch?v=PZwvzbi4kLk
https://www.youtube.com/watch?v=LU9A_dYV7pE
https://www.youtube.com/watch?v=d38ynd3F-3A
https://www.youtube.com/watch?v=-yS9ziRfSX8
https://www.youtube.com/watch?v=RvKpEcowpAo
https://www.youtube.com/watch?v=TXt05gsnEsM
https://www.youtube.com/watch?v=DrQDX3I2pxY

https://www.youtube.com/watch?v=RsrZD12CQ9U
https://www.youtube.com/watch?v=j2UFoVFNOWA
https://www.youtube.com/watch?v=fLIg1oj_WKo
https://www.youtube.com/watch?v=qK1RWtzCDeY
https://www.youtube.com/watch?v=XbnBbji0qcM
https://www.youtube.com/watch?v=DXN9qio-PF4
https://www.youtube.com/watch?v=rrGcinjNVk0
https://www.youtube.com/watch?v=kvXyBkeXKr8
https://www.youtube.com/watch?v=tzNHgLkHifM
https://www.youtube.com/watch?v=YnzUWMbLVls
https://www.youtube.com/watch?v=7vNZYAlfB_M
https://www.youtube.com/watch?v=8AT1XqKUuU4
https://www.youtube.com/watch?v=WyxeMjhvQSo
https://www.youtube.com/watch?v=nIWAv4wDDls
https://www.youtube.com/watch?v=QTYlxv4kzj0
https://www.youtube.com/watch?v=v_UDVYAgZUs
https://www.youtube.com/watch?v=_mVn52Yesm8
https://www.youtube.com/watch?v=HzYhTxP8quE
https://www.youtube.com/watch?v=tLCg-iP3Z_I
https://www.youtube.com/watch?v=Emwu8yiAc4M
https://www.youtube.com/watch?v=msEPHaxudao
https://www.youtube.com/watch?v=KBXtqmcfVzc
https://www.youtube.com/watch?v=xnVR1wU2uO0
https://www.youtube.com/watch?v=4t2MWjUSGdI
https://www.youtube.com/watch?v=VBADCZAE-g0
https://www.youtube.com/watch?v=JYG_L2zxaYs
https://www.youtube.com/watch?v=n0j2EKoIA5c
https://www.youtube.com/watch?v=1-auztn-i6Y
https://www.youtube.com/watch?v=T0n8cbHk2nA
https://www.youtube.com/watch?v=hN-IaaGfbmw
https://www.youtube.com/watch?v=WFtKQl0d6ws
https://www.youtube.com/watch?v=y41OPglofFA
https://www.youtube.com/watch?v=6g2PLdH40bg
https://www.youtube.com/watch?v=6VwZ9irh7ww
https://www.youtube.com/watch?v=Kn3tjm6fsAw
https://www.youtube.com/watch?v=GXwEZSL1CFY
https://www.youtube.com/watch?v=Xe4dbxj9JTo
https://www.youtube.com/watch?v=e6yvkLdHNIU
https://www.youtube.com/watch?v=aYoLpjScJA8
https://www.youtube.com/watch?v=v5Q2hyrcLuM
https://www.youtube.com/watch?v=vwr2pdGZLXl
https://www.youtube.com/watch?v=u9nYjhu0wJc
https://www.youtube.com/watch?v=Zumx52ZK1s4
https://www.youtube.com/watch?v=Bc2mafzsnTg
https://www.youtube.com/watch?v=N94cKHyc58A
https://www.youtube.com/watch?v=nLdHtE_tVZs
https://www.youtube.com/watch?v=eMXNWhkm6GY
https://www.youtube.com/watch?v=wltpJc_DdcQ

https://www.youtube.com/watch?v=1pmE0v4B7dA
https://www.youtube.com/watch?v=mQvtopDp07k
https://www.youtube.com/watch?v=waHjGeapiPk
https://www.youtube.com/watch?v=PXevTMA94Qo
https://www.youtube.com/watch?v=DLx_-KClAOI
https://www.youtube.com/watch?v=HrjXeRwqxHk
https://www.youtube.com/watch?v=G-hlHrD083M
https://www.youtube.com/watch?v=UgD3B0gY2zE
https://www.youtube.com/watch?v=YEoPTS2msZI
https://www.youtube.com/watch?v=TTF-oW9Xm9E
https://www.youtube.com/watch?v=joOCgDf6lO0
https://www.youtube.com/watch?v=3ht1Z5NuS_s
https://www.youtube.com/watch?v=gv4A8mNgoZU
https://www.youtube.com/watch?v=mY8QxauuLBA
https://www.youtube.com/watch?v=2cKJm3jVXjw
https://www.youtube.com/watch?v=qSUb2t6MnO8
https://www.youtube.com/watch?v=NMcvt3u5BNM
https://www.youtube.com/watch?v=s9wzPrHbF_Q
https://www.youtube.com/watch?v=KXfN8mx0yKs
https://www.youtube.com/watch?v=qLaOufRizbI
https://www.youtube.com/watch?v=zscGuUqLDHs
https://www.youtube.com/watch?v=pDTqNWyz05k
https://www.youtube.com/watch?v=QGZ7mWII0kU
https://www.youtube.com/watch?v=KWcwJ9wQduM
https://www.youtube.com/watch?v=eFWI0ICvIeA
https://www.youtube.com/watch?v=imgVAObHQlg
https://www.youtube.com/watch?v=ZY7eJuhnVLs
https://www.youtube.com/watch?v=Hu0nZdqXxLg
https://www.youtube.com/watch?v=zG3M2Pc1s7Q
https://www.youtube.com/watch?v=yPBAoJc3t9M
https://www.youtube.com/watch?v=3GsfISN0-uA
https://www.youtube.com/watch?v=LnVnxN1aWWU
https://www.youtube.com/watch?v=1VglxBWNaGc
https://www.youtube.com/watch?v=-j5GfDy0o04
https://www.youtube.com/watch?v=3v3nnjc4FlQ
https://www.youtube.com/watch?v=EfwSv8fuD-A
https://www.youtube.com/watch?v=pjRxnSgX9_M
https://www.youtube.com/watch?v=KRBrEAVgorU
https://www.youtube.com/watch?v=IEUc9-anYw0
https://www.youtube.com/watch?v=rBD8eNMkk80
https://www.youtube.com/watch?v=ySLNA4kVHLI
https://www.youtube.com/watch?v=iZMZG3ZXFGA
https://www.youtube.com/watch?v=S8vY5TCkmYM
https://www.youtube.com/watch?v=42ALjr_Z_XI
https://www.youtube.com/watch?v=wzhttfybNVI
https://www.youtube.com/watch?v=mUAXVzeqszI
https://www.youtube.com/watch?v=Q5vdFK3-yPU
https://www.youtube.com/watch?v=gVId-eL4FyM

https://www.youtube.com/watch?v=sqsMXfVZf-8
https://www.youtube.com/watch?v=VrzzLyANw04
https://www.youtube.com/watch?v=OCNPYO1SPg0
https://www.youtube.com/watch?v=cYWKtZvD9vs
https://www.youtube.com/watch?v=UZ7KDyX0QaQ
https://www.youtube.com/watch?v=XnC9_ks-SNc
https://www.youtube.com/watch?v=ngxNWDyKpzA
https://www.youtube.com/watch?v=yir2cUn2cyE
https://www.youtube.com/watch?v=1ryZQBsqLOE
https://www.youtube.com/watch?v=6-L0XHhmO34
https://www.youtube.com/watch?v=qMxrshmGm60
https://www.youtube.com/watch?v=AsovBysCZK8
https://www.youtube.com/watch?v=o7Y72jrKxIA
https://www.youtube.com/watch?v=Z9FV_Z3U7Fw
https://www.youtube.com/watch?v=VdxazAT3l2o
https://www.youtube.com/watch?v=x5gOs8PzySY
https://www.youtube.com/watch?v=OpuovuH79h0
https://www.youtube.com/watch?v=2O8fOvn43C8
https://www.youtube.com/watch?v=mDYPZtFVclQ
https://www.youtube.com/watch?v=hJ6VTLjgyA8
https://www.youtube.com/watch?v=bSOSyiEFPrE
https://www.youtube.com/watch?v=lul6v1_k0Yk
https://www.youtube.com/watch?v=0bGILwuQd1s
https://www.youtube.com/watch?v=IPLxRYHL9WQ
https://www.youtube.com/watch?v=1zCl4QNcoAY
https://www.youtube.com/watch?v=L_2ECtGt6xE
https://www.youtube.com/watch?v=6gLdzd5pGo0
https://www.youtube.com/watch?v=M-78ugjg9lY
https://www.youtube.com/watch?v=uQM5E95mZgw
https://www.youtube.com/watch?v=5ghE7WD95YY
https://www.youtube.com/watch?v=sDWFT3agGgU
https://www.youtube.com/watch?v=FQ0eOcYmPcY
https://www.youtube.com/watch?v=JP9x5ecE90g
https://www.youtube.com/watch?v=1SmbGq-abCc
https://www.youtube.com/watch?v=5lNNq6n1GBM
https://www.youtube.com/watch?v=i_K380bnYLA
https://www.youtube.com/watch?v=cMRDaSNlfkU
https://www.youtube.com/watch?v=HLLMMUu0C3M
https://www.youtube.com/watch?v=ju19NPJJWJ8
https://www.youtube.com/watch?v=yocEs93PwcY
https://www.youtube.com/watch?v=e134-6dv6fw
https://www.youtube.com/watch?v=MJyZF87YFB8
https://www.youtube.com/watch?v=_LKZQaoPQAk
https://www.youtube.com/watch?v=gJFj7okLvF0
https://www.youtube.com/watch?v=HV4AKkGDiv8
https://www.youtube.com/watch?v=QZnO5W-LRIE
https://www.youtube.com/watch?v=RRvN3Z1TQ0U
https://www.youtube.com/watch?v=2eXxQGvI4wA

https://www.youtube.com/watch?v=xZLtB5DzfFY
https://www.youtube.com/watch?v=mFwKMzTjUFY
https://www.youtube.com/watch?v=gpoIxVHapHU
https://www.youtube.com/watch?v=4oXfj1JQegA
https://www.youtube.com/watch?v=iuFWJsS-uwo
https://www.youtube.com/watch?v=bM2Chu-nAj8
https://www.youtube.com/watch?v=Qpp_b2wY1ZI
https://www.youtube.com/watch?v=HUX7C3BMNGE
https://www.youtube.com/watch?v=PkW3Te1QXDw
https://www.youtube.com/watch?v=WxmKX-FToaY
https://www.youtube.com/watch?v=KsPImvJTa_E
https://www.youtube.com/watch?v=77K4K--RmWw
https://www.youtube.com/watch?v=l6sBbOrFlFs
https://www.youtube.com/watch?v=NADkOC_VMdk
https://www.youtube.com/watch?v=cQAwkdDaRuE
https://www.youtube.com/watch?v=D-f-CH9jZ4g
https://www.youtube.com/watch?v=OqIC4o2NT0A
https://www.youtube.com/watch?v=x66xWH6zRGM
https://www.youtube.com/watch?v=SUyo5_Ky8A8
https://www.youtube.com/watch?v=aOlhlvMDTUo
https://www.youtube.com/watch?v=HdEqTrkATXY
https://www.youtube.com/watch?v=D8AAz6URRE0
https://www.youtube.com/watch?v=XPi7pdXqfaA
https://www.youtube.com/watch?v=77dBD6p-Eys
https://www.youtube.com/watch?v=cYnefKRT2Tg
https://www.youtube.com/watch?v=IsG8ivuuMnw
https://www.youtube.com/watch?v=fP-QCA4WuPM
https://www.youtube.com/watch?v=cBAfKG-HM3c
https://www.youtube.com/watch?v=01ZCFJjn2sg
https://www.youtube.com/watch?v=YcI6640fmhM
https://www.youtube.com/watch?v=FM8Xqvcbvps
https://www.youtube.com/watch?v=zD3hRzI9Pgw
https://www.youtube.com/watch?v=z_EGy69azao
https://www.youtube.com/watch?v=y5ZyiJ7Rb9U
https://www.youtube.com/watch?v=sXaPKLpq4uM
https://www.youtube.com/watch?v=A7fssEXliOI
https://www.youtube.com/watch?v=c_iAU5qStRs
https://www.youtube.com/watch?v=vV1iCNiHPo4
https://www.youtube.com/watch?v=SAwp81O8gDI
https://www.youtube.com/watch?v=Tz1dO496-IU
https://www.youtube.com/watch?v=sLeK17RuYfA
https://www.youtube.com/watch?v=UdIGvHCxxG4
https://www.youtube.com/watch?v=kE8YtfhdlHk
https://www.youtube.com/watch?v=HPXu7QRGGHU
https://www.youtube.com/watch?v=mUHYp9Vln24
https://www.youtube.com/watch?v=vSnvbUrBP9c
https://www.youtube.com/watch?v=ghi5Cty6thk
https://www.youtube.com/watch?v=aeiMrByxkn8

https://www.youtube.com/watch?v=2K2WCCP8Am8
https://www.youtube.com/watch?v=A-cNSRx0tmw
https://www.youtube.com/watch?v=DfuL4SUnNsA
https://www.youtube.com/watch?v=rIKTCFcmxHY
https://www.youtube.com/watch?v=zDLcVRBxRG4
https://www.youtube.com/watch?v=A9dj6LLUCPI
https://www.youtube.com/watch?v=PrhpBUIjzJs
https://www.youtube.com/watch?v=pI-f6LHNhLw
https://www.youtube.com/watch?v=9W2ZwqpRTtc
https://www.youtube.com/watch?v=c2KiX4mNusw
https://www.youtube.com/watch?v=BEIhLUUiqFs
https://www.youtube.com/watch?v=hx2ZBCQ9IDQ
https://www.youtube.com/watch?v=vYD9J3aMVQM
https://www.youtube.com/watch?v=hx2ZBCQ9IDQ
https://www.youtube.com/watch?v=vYD9J3aMVQM
https://www.youtube.com/watch?v=qjkJqK-cORI
https://www.youtube.com/watch?v=F5s7Bn4ImmU
https://www.youtube.com/watch?v=nSwl5wcPjR4
https://www.youtube.com/watch?v=wKe6Lrph4fc
https://www.youtube.com/watch?v=9gzQcdOsT14
https://www.youtube.com/watch?v=O0mfX1HQgxM
https://www.youtube.com/watch?v=Emwn7rfo_nE
https://www.youtube.com/watch?v=dcKBUmOZExU
https://www.youtube.com/watch?v=UTGUgCz0Ewk
https://www.youtube.com/watch?v=0Sx8_u6RTu4
https://www.youtube.com/watch?v=jLD3utX76XM
https://www.youtube.com/watch?v=x2fSy_7abQU
https://www.youtube.com/watch?v=Hws2cKKOvLQ
https://www.youtube.com/watch?v=dSUsUSJekJU
https://www.youtube.com/watch?v=Tz_qjxaVq-E
https://www.youtube.com/watch?v=B_8ymRHY1XA
https://www.youtube.com/watch?v=ZR7_bGtS3Ps
https://www.youtube.com/watch?v=Es654XahCjU
https://www.youtube.com/watch?v=32pLtHC522E
https://www.youtube.com/watch?v=UAQOjNOYwNM
https://www.youtube.com/watch?v=yijktEsVkDU
https://www.youtube.com/watch?v=QuIP0OIzFvo
https://www.youtube.com/watch?v=QhLwb2SxkWc
https://www.youtube.com/watch?v=IHtSM9AhI9A
https://www.youtube.com/watch?v=IFlJupX_Ujw
https://www.youtube.com/watch?v=IZSB3-UDepw
https://www.youtube.com/watch?v=fzD86OK7sgI
https://www.youtube.com/watch?v=efCJPguTjgw
https://www.youtube.com/watch?v=uFY3ByJylt0
https://www.youtube.com/watch?v=t2Veo5TA_5Y
https://www.youtube.com/watch?v=DupmwburJDk
https://www.youtube.com/watch?v=5YKBGbHnyC0
https://www.youtube.com/watch?v=dO8N4-C5DHk

https://www.youtube.com/watch?v=ZkD2GsvAePg
https://www.youtube.com/watch?v=S_uthmf3nwA
https://www.youtube.com/watch?v=67Jp75Bn-tc
https://www.youtube.com/watch?v=ud-WX1D89ao
https://www.youtube.com/watch?v=V1A3fIcpShA
https://www.youtube.com/watch?v=is-H9Bic3yk
https://www.youtube.com/watch?v=8mCAtlKmY_Q
https://www.youtube.com/watch?v=jpFVqOYSx1Y
https://www.youtube.com/watch?v=3qV3gpu4Umc
https://www.youtube.com/watch?v=R2OxdkSu9gg
https://www.youtube.com/watch?v=HsmAsIcJx_M
https://www.youtube.com/watch?v=c2TAHzGgKoc
https://www.youtube.com/watch?v=WqNPirla01c
https://www.youtube.com/watch?v=ElDxVtglVpA
https://www.youtube.com/watch?v=_x6Gm5LgN-g
https://www.youtube.com/watch?v=_x6Gm5LgN-g
https://www.youtube.com/watch?v=67sYe9MZ-uA
https://www.youtube.com/watch?v=ThpHUgTx62E
https://www.youtube.com/watch?v=17Y4oiATY6c
https://www.youtube.com/watch?v=WHdLPQbxtiw
https://www.youtube.com/watch?v=X_mcsdBR-R4
https://www.youtube.com/watch?v=gr_IU_a9zm4
https://www.youtube.com/watch?v=jK-6hAgBcXM
https://www.youtube.com/watch?v=pGb-6HGVDV0
https://www.youtube.com/watch?v=iLWtJhTtTvc
https://www.youtube.com/watch?v=AG44ihKrYsI
https://www.youtube.com/watch?v=z_84ouMMLNw
https://www.youtube.com/watch?v=nky0LIVvFyI
https://www.youtube.com/watch?v=v-kJvw2wkw4
https://www.youtube.com/watch?v=2B3SRx1C-OE
https://www.youtube.com/watch?v=kwyYYV2F9Jo
https://www.youtube.com/watch?v=aLVHOIGZbPc
https://www.youtube.com/watch?v=gFsTGIj4E-I
https://www.youtube.com/watch?v=Xpni4C2ESng
https://www.youtube.com/watch?v=mIBXWpWzcjg
https://www.youtube.com/watch?v=g9rCG3Q-kd4
https://www.youtube.com/watch?v=3VaPW4bFOzw
https://www.youtube.com/watch?v=d2aI0MaILQw
https://www.youtube.com/watch?v=QrGcCLg7YFM
https://www.youtube.com/watch?v=_bkXu33Q2po
https://www.youtube.com/watch?v=ULCbhMW996A
https://www.youtube.com/watch?v=WNc0s7CoTYM
https://www.youtube.com/watch?v=fkkUT5ghRns
https://www.youtube.com/watch?v=rCBdHmwUsE4
https://www.youtube.com/watch?v=zfFeKDXz3YA
https://www.youtube.com/watch?v=3vWd7Ei4ols
https://www.youtube.com/watch?v=RaJLklE14QM
https://www.youtube.com/watch?v=kpGODk2nULE

https://www.youtube.com/watch?v=TZr5kB6akQ4
https://www.youtube.com/watch?v=7ghxQVPpKfM
https://www.youtube.com/watch?v=gkonDPtnj-g
https://www.youtube.com/watch?v=P6InvFcSAo4
https://www.youtube.com/watch?v=KUXUzVbZqGE
https://www.youtube.com/watch?v=COci9uhDZC8
https://www.youtube.com/watch?v=0wljVY5xxFY
https://www.youtube.com/watch?v=6OrwokKH2Uw
https://www.youtube.com/watch?v=mNEiMaV5-go
https://www.youtube.com/watch?v=2qS-S_M7OJQ
https://www.youtube.com/watch?v=MnLnaBZ3kRQ
https://www.youtube.com/watch?v=DYvONEMXavQ
https://www.youtube.com/watch?v=ir7pTP3OEqc
https://www.youtube.com/watch?v=ggMj8_BdpKQ
https://www.youtube.com/watch?v=kk2-gbXAZAI
https://www.youtube.com/watch?v=HcyrOBregpI
https://www.youtube.com/watch?v=0a1U7olH0Os
https://www.youtube.com/watch?v=HdvzAOtfvaM
https://www.youtube.com/watch?v=n-HNyTV45qk
https://www.youtube.com/watch?v=Z9_JdvgFQXM
https://www.youtube.com/watch?v=K8xFVThV3XM
https://www.youtube.com/watch?v=f04HCp_01eU
https://www.youtube.com/watch?v=bvlHRAtFg7k
https://www.youtube.com/watch?v=3eFeOHuK7SA
https://www.youtube.com/watch?v=ny1mmp1TU4c
https://www.youtube.com/watch?v=hpmEkEHPM6w
https://www.youtube.com/watch?v=J33_cjYjdFI
https://www.youtube.com/watch?v=ZV65NYMtP6s
https://www.youtube.com/watch?v=YZY3eXb7WYE
https://www.youtube.com/watch?v=tU-Cux28uJw
https://www.youtube.com/watch?v=_cD7vF1tOQE
https://www.youtube.com/watch?v=oDcWi1o_Z0s
https://www.youtube.com/watch?v=WGMkSL4TFEw
https://www.youtube.com/watch?v=fZOOMOLb0L8
https://www.youtube.com/watch?v=QeAQWY4A3qw
https://www.youtube.com/watch?v=MmWGqwjKU54
https://www.youtube.com/watch?v=pxiuGkcba6E
https://www.youtube.com/watch?v=Zq_zEu3UVK0
https://www.youtube.com/watch?v=y5_UPsVrrfE
https://www.youtube.com/watch?v=35wa0yyKMpA
https://www.youtube.com/watch?v=c_3r0MFFeKw
https://www.youtube.com/watch?v=goy1VTYDr30
https://www.youtube.com/watch?v=4mVhwIhXvVs
https://www.youtube.com/watch?v=YBHQIPdodB0
https://www.youtube.com/watch?v=Tw3XmxYEmQA
https://www.youtube.com/watch?v=nb3aKP8Y0zA
https://www.youtube.com/watch?v=9phROUAmkAw
https://www.youtube.com/watch?v=7Nil7RtIxQw

https://www.youtube.com/watch?v=V0v5Ef9N2SM
https://www.youtube.com/watch?v=XHRZ61mPhig
https://www.youtube.com/watch?v=AujpoJPJtL4
https://www.youtube.com/watch?v=EZcd3oXj76g
https://www.youtube.com/watch?v=qga96OK7FeE
https://www.youtube.com/watch?v=CGoZg0cQyI8
https://www.youtube.com/watch?v=VE_rSqodhMU
https://www.youtube.com/watch?v=TwO8fbcR4J0
https://www.youtube.com/watch?v=O7LmtnmZ5E0
https://www.youtube.com/watch?v=7PeAuoX87zk
https://www.youtube.com/watch?v=2K0Ns9fzGUo
https://www.youtube.com/watch?v=IM-dO2ikef0
https://www.youtube.com/watch?v=e4N4p11POLA
https://www.youtube.com/watch?v=3SolGRtmFrk
https://www.youtube.com/watch?v=1i8rWtAU294
https://www.youtube.com/watch?v=DBn479q0Ook
https://www.youtube.com/watch?v=MfIvpYe9Po8
https://www.youtube.com/watch?v=963Uvksq0T8
https://www.youtube.com/watch?v=2SicpLBK7rg
https://www.youtube.com/watch?v=_VNJWkE_DG8&t=2s
https://www.youtube.com/watch?v=NCePQVtf-0o
https://www.youtube.com/watch?v=6dKQQvMVJOc
https://www.youtube.com/watch?v=WOJY5MjASVc
https://www.youtube.com/watch?v=fo3dZksTRnE
https://www.youtube.com/watch?v=HFSM5BlaIf4
https://www.youtube.com/watch?v=tPT-rS6twD4
https://www.youtube.com/watch?v=jGxaz8UH9EQ
https://www.youtube.com/watch?v=lFoH7_vO_hU
https://www.youtube.com/watch?v=U2WKTrARlY8
https://www.youtube.com/watch?v=0LTc63AiKSs
https://www.youtube.com/watch?v=JrW0uk2amiM
https://www.youtube.com/watch?v=dIp3iNUT0PA
https://www.youtube.com/watch?v=6E1sBT30Jn4
https://www.youtube.com/watch?v=JmeQPQO0-FY
https://www.youtube.com/watch?v=geRWxPYkop4
https://www.youtube.com/watch?v=1njx3gtv6rE
https://www.youtube.com/watch?v=ETlpXxj_Zw0
https://www.youtube.com/watch?v=TxV2zn2fSMI
https://www.youtube.com/watch?v=dzvRYA7F5Io
https://www.youtube.com/watch?v=UIvx_Q9Owil
https://www.youtube.com/watch?v=QzPgV_kc-mY
https://www.youtube.com/watch?v=Ff1LDrIvaZU
https://www.youtube.com/watch?v=R-P1tZwAPHc
https://www.youtube.com/watch?v=iE-SMJ75ATE
https://www.youtube.com/watch?v=DFaAwH3gLi4
https://www.youtube.com/watch?v=Ai2ue-vQSek
https://www.youtube.com/watch?v=dzIS5UgMpdI
https://www.youtube.com/watch?v=_9VEiFwt3lA

https://www.youtube.com/watch?v=I-aCtBKXPls
https://www.youtube.com/watch?v=nR7ff606PLY
https://www.youtube.com/watch?v=w1CI63dQa54
https://www.youtube.com/watch?v=FxVqhIVzV_w
https://www.youtube.com/watch?v=uJqgTF1GgaY
https://www.youtube.com/watch?v=C0gnPQb2TxE
https://www.youtube.com/watch?v=fJ5r41-iJ58
https://www.youtube.com/watch?v=pzkLNTszeR4
https://www.youtube.com/watch?v=8oWTFsFJPnl
https://www.youtube.com/watch?v=PE9aXm9Gcz4
https://www.youtube.com/watch?v=3J0z8Q2-GY0
https://www.youtube.com/watch?v=soKWvbyJRXU
https://www.youtube.com/watch?v=8t3G9xWJmmk
https://www.youtube.com/watch?v=AbDFs3-7vDw
https://www.youtube.com/watch?v=7XY2D5Pod44
https://www.youtube.com/watch?v=OWvAN35nBN8
https://www.youtube.com/watch?v=abAIbJ3nr2s
https://www.youtube.com/watch?v=oU_mIP8Luzs
https://www.youtube.com/watch?v=XAFGYPeQIIU
https://www.youtube.com/watch?v=pUCRTo8JtOl
https://www.youtube.com/watch?v=TJ2MJmrAWOl
https://www.youtube.com/watch?v=uzdIFnmgut0
https://www.youtube.com/watch?v=c09MKLMFxiQ
https://www.youtube.com/watch?v=XFUYcsHRces
https://www.youtube.com/watch?v=VEoJr751qKE
https://www.youtube.com/watch?v=KQgOMa04ZoE
https://www.youtube.com/watch?v=T7Z2fBNLDpM
https://www.youtube.com/watch?v=27pkQ0xUCw4
https://www.youtube.com/watch?v=6tKnFAc7uRs
https://www.youtube.com/watch?v=Le_iPlxOqKU
https://www.youtube.com/watch?v=cH_JfmJqqkc
https://www.youtube.com/watch?v=VfwXNFdetxo
https://www.youtube.com/watch?v=CVhurr_SkX8
https://www.youtube.com/watch?v=oP-MBYXV_el
https://www.youtube.com/watch?v=izt3chfhGtl
https://www.youtube.com/watch?v=ICoH85rosTl
https://www.youtube.com/watch?v=JRhS5JdOhUs
https://www.youtube.com/watch?v=lYuqk8nerzM
https://www.youtube.com/watch?v=Vn6DscGhug8
https://www.youtube.com/watch?v=K4qtjCo12dk
https://www.youtube.com/watch?v=wV7Zt6BJp2l
https://www.youtube.com/watch?v=77wPj6Ka4_A
https://www.youtube.com/watch?v=V4qr7bSGUoM
https://www.youtube.com/watch?v=JFkXpj9hcq8
https://www.youtube.com/watch?v=Dh4fBn-JMGo
https://www.youtube.com/watch?v=dSwOLbmLWLU
https://www.youtube.com/watch?v=-MehN5hVTGo
https://www.youtube.com/watch?v=Id2bQDB1m9Y

https://www.youtube.com/watch?v=MC0FKVJTMMM
https://www.youtube.com/watch?v=IkpObDSFiWg
https://www.youtube.com/watch?v=8j8H0skJ_as
https://www.youtube.com/watch?v=6Q8669vHkos
https://www.youtube.com/watch?v=Tvuu5R3zXVg
https://www.youtube.com/watch?v=yaZZp14ZT98
https://www.youtube.com/watch?v=AKFELPAn2ok

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

| | | |
|---|---|---|
| In re DMCA Subpoena to Youtube, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:
YouTube, LLC
1000 Enterprise Way, Sunnyvale, CA 94089

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All identifying information for the YouTube user "Coobtrax", from any and all sources, including but not limited to all records that prove the name(s), address(es), telephone number(s), email address(es), IP addresses, bank or other account number(s) and/or payment information of its operator(s).

| Place: GORDON & REES LLP | Date and Time: |
|---|---|
| 275 BATTERY STREET, SUITE 2000<br>SAN FRANCISCO, CA 94111 | 09/01/2017 10:00 am |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____         _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* URBAN ONE, INC.
_____ , who issues or requests this subpoena, are:
Yuo-Fong Amato, Gordon & Rees LLP, 275 BATTERY STREET, SUITE 2000, bamato@grsm.com, (619) 204-3746

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                                  *Server's signature*

                                                  _____
                                                  *Printed name and title*

                                                  _____
                                                  *Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

(1) *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
  (A) within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
  (B) within the state where the person resides, is employed, or regularly transacts business in person, if the person
    (i) is a party or a party's officer; or
    (ii) is commanded to attend a trial and would not incur substantial expense.

(2) *For Other Discovery.* A subpoena may command:
  (A) production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
  (B) inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

(1) *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

(2) *Command to Produce Materials or Permit Inspection.*
  (A) *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
  (B) *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
    (i) At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
    (ii) These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

(3) *Quashing or Modifying a Subpoena.*
  (A) *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
    (i) fails to allow a reasonable time to comply;
    (ii) requires a person to comply beyond the geographical limits specified in Rule 45(c);
    (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
    (iv) subjects a person to undue burden.
  (B) *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
    (i) disclosing a trade secret or other confidential research, development, or commercial information; or

(ii) disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
  (C) *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
    (i) shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
    (ii) ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

(1) *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
  (A) *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
  (B) *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
  (C) *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
  (D) *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) *Claiming Privilege or Protection.*
  (A) *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
    (i) expressly make the claim; and
    (ii) describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  (B) *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**DECLARATION OF YUO-FONG AMATO IN SUPPORT OF URBAN ONE, LLC'S
REQUEST FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h) TO
IDENTIFY ALLEGED INFRINGER(S)**

I, Yuo-Fong Amato, declare as follows:

The purpose for which this subpoena is sought is to obtain the identity of alleged
infringer(s) and such information will only be used for the purpose of protecting rights under 17
U.S.C. §101 *et seq.*

I declare under penalty of perjury under the laws of the United States of America that to
the best of my knowledge the foregoing is true and correct.

Executed this 7th day of August 2017 at Philadelphia, Pennsylvania.

YUO-FONG AMATO